# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : No. 06-2768 MSG |
| CEPHALON INC., et al., | : |
| Defendants. | : |

## ORDER

AND NOW, this ____ day of _____, 2009, upon consideration of Defendant Cephalon, Inc.'s Motion to Substitute Attachments to Declaration of Mark A. Ford, Esquire with Complete Settlement Agreements Between Cephalon, Inc. and the Generic Defendants, it is hereby ORDERED that the Motion is GRANTED. The Clerk shall file under seal the Declaration of Mark A. Ford, Esquire with Complete Settlement Agreements Between Cephalon, Inc. and the Generic Defendants.

BY THE COURT:

_____
Mitchell S. Goldberg, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 06-2768-MSG |
| CEPHALON INC., et al., | |
| Defendants. | |

## MOTION OF DEFENDANT CEPHALON, INC. TO SUBSTITUTE ATTACHMENTS TO DECLARATION OF MARK A. FORD, ESQUIRE WITH COMPLETE SETTLEMENT AGREEMENTS BETWEEN CEPHALON, INC. AND THE GENERIC DEFENDANTS

Defendant Cephalon, Inc. ("Cephalon") hereby moves for leave to substitute the attachments to the Declaration of Mark A. Ford, Esquire with copies of the complete Settlement Agreements between Cephalon, Inc. and the Generic Defendants. The grounds for this motion are set forth in the accompanying Memorandum.

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| WILMER CUTLER PICKERING HALE AND DORR LLP | CONRAD O'BRIEN PC |
|  | *s/ Nancy J. Gellman* |
| James C. Burling | John A. Guernsey |
| Peter J. Kolovos | Nancy J. Gellman |
| Gregory P. Teran | Frank R. Emmerich Jr. |
| Peter A. Spaeth | 1515 Market Street,16th Floor |
| Mark A. Ford | Philadelphia, PA 19102-1921 |
| 60 State Street | T: 215-864-9600 |
| Boston, MA 02109 | F: 215-864-9346 |
| T: 617-526-6000 |  |
| F: 617-526-5000 | *Attorneys for Defendant Cephalon, Inc.* |
|  |  |
| Robert J. Gunther, Jr. |  |
| 399 Park Avenue |  |
| New York, NY 10022 |  |
| T: 212-230-8800 |  |
| F: 212-230-8888 |  |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., | : CIVIL ACTION |
|         Plaintiff, | : |
| v. | : No. 06-2768-MSG |
| CEPHALON INC., et al., | : |
|         Defendants. | : |

**MEMORANDUM OF DEFENDANT CEPHALON, INC. IN SUPPORT OF MOTION
TO SUBSTITUTE ATTACHMENTS TO DECLARATION OF MARK A. FORD,
ESQUIRE WITH COMPLETE SETTLEMENT AGREEMENTS BETWEEN
<u>CEPHALON, INC. AND THE GENERIC DEFENDANTS</u>**

On August 31, 2009, Cephalon filed its motion to dismiss the Apotex Amended Complaint (Docket No. 157). Cephalon submitted with its motion the Declaration of Mark A. Ford, Esquire which had attached four Settlement Agreements between Cephalon and the Generic Defendants as filed with the U.S. Securities and Exchange Commission ("SEC") in 2006.

As noted in the Declaration, the Settlement Agreements as filed with the SEC had confidential portions redacted. (Ford Declaration ¶¶ 2-5). In its brief filed on August 31, 2009, Cephalon offered to make available any redacted provision in any agreement that Apotex believed was required to oppose the motion, subject to reasonable confidentiality and use restrictions and any necessary consent from the other party to that agreement. (Cephalon Brief at p. 8, n. 5, Docket No. 157).

On September 11, 2009, the Court entered a Stipulated Protective Order which allowed for the exchange of confidential information among the parties and for filing confidential materials under seal with the Court. (Docket No. 159). On September 24, 2009, the Court entered an Order providing for the production, on or before October 23, 2009, of materials that Cephalon and the Generic Defendants had produced to the Federal Trade Commission. (Docket No. 163). The scope of the September 24, 2009 Order requires production of the complete Settlement Agreements between Cephalon and the Generic Defendants, redacted portions of which were attached to the Ford Declaration filed with the Court on August 31, 2009. Pursuant to that Order, Cephalon will produce copies of the complete Settlement Agreements to counsel for Apotex and transmit copies of each to counsel for Apotex with a service copy of this Motion.

In view of these developments, Cephalon requests leave to substitute the attachments to Declaration of Mark A. Ford, Esquire with copies of the complete Settlement Agreements between Cephalon, Inc. and the Generic Defendants, including the confidential portions that were not part of the Settlement Agreements attached to the August 31, 2009 Ford Declaration, so that the Court will have access to these materials as well as the parties.

Defendant Cephalon respectfully requests that the Court grant the motion and direct the Clerk to file under seal the Declaration of Mark A. Ford, Esquire with Complete Settlement Agreements Between Cephalon, Inc. and the Generic Defendants, which Declaration will be submitted to the Clerk upon entry of the Order.

3

|  |  Respectfully submitted, |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | CONRAD O'BRIEN PC |
|  | *s/ Nancy J. Gellman* |
| James C. Burling | John A. Guernsey |
| Peter J. Kolovos | Nancy J. Gellman |
| Gregory P. Teran | Frank R. Emmerich Jr. |
| Peter A. Spaeth | 1515 Market Street,16th Floor |
| Mark A. Ford | Philadelphia, PA 19102-1921 |
| 60 State Street | T: 215-864-9600 |
| Boston, MA 02109 | F: 215-864-9346 |
| T: 617-526-6000 |  |
| F: 617-526-5000 | *Attorneys for Defendant Cephalon, Inc.* |

Robert J. Gunther, Jr.
399 Park Avenue
New York, NY 10022
T: 212-230-8800
F: 212-230-8888

Dated:  October 6, 2009

**CERTIFICATE OF SERVICE**

I certify that on the date set forth below the foregoing Motion Of Defendant Cephalon, Inc. for Leave to Substitute Attachments to Declaration of Mark A. Ford, Esquire with Complete Settlement Agreements Between Cephalon, Inc. and the Generic Defendants, Memorandum and proposed Order was electronically filed pursuant to the Court's CM/ECF system, and that the documents are available for downloading and viewing from the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.

                                                                        *s/ Nancy J. Gellman*
                                                                        Nancy J. Gellman

Date:  October 6, 2009