IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., <br> Plaintiff, <br><br> v. <br><br> CEPHALON, INC., et al., <br> Defendants. | CIVIL ACTION <br><br> No. 2:06-cv-2768 |

## ORDER

**AND NOW**, this 23rd day of February, 2010, upon consideration of Defendant, Cephalon, Inc.'s, Motion to Dismiss (doc. nos. 157 & 197), Plaintiff's response in opposition, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion as to Counts III - V of Plaintiff's Second Amended Complaint is **DENIED**. Cephalon shall file an Answer to Counts I - V of Plaintiff's Second Amended Complaint on or before March 8, 2010.

BY THE COURT:

s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**