# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | No. 2:06-cv-2768 |
| : | |
| CEPHALON, INC., et al., : | |
| Defendants. : | |

## **NOTICE**

**AND NOW,** this 31st day of March, 2010, a telephone conference regarding Cephalon's Motion to Compel is scheduled for Wednesday, March 31, 2010, at 2:00 p.m. E.S.T. Defense counsel shall initiate the conference call prior to calling Chambers. Only one (1) counsel per party may participate.

/s/ Carole J. Ludwig

_____
Carole J. Ludwig, Deputy Clerk
Judge Mitchell S. Goldberg