# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., *Plaintiff*, v. CEPHALON, INC., BARR LABORATORIES, INC., MYLAN LABORATORIES, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., RANBAXY LABORATORIES, LTD., AND RANBAXY PHARMACEUTICALS, INC., *Defendants*. | HONORABLE MITCHELL S. GOLDBERG<br><br>Civil Action No. 2:06-cv-2768-MSG |

## APOTEX INC.'S NOTICE OF SERVICE

Pursuant to the Court's February 19, 2010 Scheduling Order, I HEREBY CERTIFY that on February 18, 2011 the document listed below was served on defendant Cephalon, Inc. and the parties listed below via e-mail.

- Apotex, Inc.'s Supplemental Privilege Log

| | |
|---|---|
| Daniel M. Esrick<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA  02109<br>Tel: (617) 526-6529<br>Fax: (617) 526-5000<br>Email: daniel.esrick@wilmerhale.com<br><br>*Attorney for Cephalon, Inc.* | Karen N. Walker, P.C.<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C.  20005<br>Tel 202-879-5096<br>Fax 202-879-5200<br>Email: kwalker@kirkland.com<br><br>*Discovery Counsel for Generic Defendants* |
| Joseph Opper<br>Garwin Gerstein & Fisher LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Tel 212 398-0055<br>Fax 212 764-6620 | Terence S. Ziegler<br>Barroway Topaz Kessler Meltzer & Check<br>280 King of Prussia Road<br>Radnor, Pa 19087<br>Tel 610 667-7706<br>Fax 610 667-7056 |

| Email: jopper@garwingerstein.com | Email: tziegler@btkmc.com |
|---|---|
| *Discovery Counsel for Direct Purchasers* | *Discovery Counsel for Indirect Purchasers* |
| Alpa Gandhi<br>Federal Trade Commission<br>601 New Jersey Ave. NW<br>Room 7225<br>Washington, DC 20001<br>Tel: 202.326.2774<br>Fax: 202.326.3384<br>Email: adgandhi@ftc.gov<br><br>*Discovery Counsel for Federal Trade Commission* | Kevin Landau<br>Archana Tamoshunas<br>Taus Cebulash & Landau, LLP<br>80 Maiden Lane, Suite 1204<br>New York, NY 10038<br>Email: klandau@tcllaw.com<br>Email: atamoshunas@tcllaw.com<br><br>Bernard D. Marcus<br>Moira E. Cain-Mannix<br>Brian C. Hill<br>Marcus & Shapira<br>One Oxford Centre, 35th Floor<br>301 Grant Street<br>Pittsburgh, PA 15219<br>Email: marcus@marcus-shapira.com<br>Email: cain-mannix@marcus-shapira.com<br>Email: hill@marcus-shapira.com<br><br>*Discovery Counsel for Giant Eagle, Inc.* |

Respectfully submitted,

/s/ Christine E. Bestor
Robert B. Breisblatt
Brian J. Sodikoff
Martin S. Masar III
Christine E. Bestor
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5200

Howard Langer
LANGER GROGRAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Phone: (215) 320-5661

*Attorneys for Apotex, Inc.*