**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| APOTEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> CEPHALON INC., et al., <br><br> Defendants. | CIVIL ACTION <br><br> No. 06-2768 MSG |

## CERTIFICATE OF SERVICE

I certify that on the date set forth below Defendant Cephalon, Inc.'s Pre-Trial Memorandum – Patent Case (Unredacted Version – Filed Under Seal) was served by email on the persons identified below:

| | |
|---|---|
| Brian J. Sodikoff, Esquire <br> Katten, Muchin, Rosenmann, LLP <br> 525 West Monroe Street <br> Chicago, IL 60661-3693 <br> Email: brian.sodikoff@kattenlaw.com <br> Attorneys for Apotex, Inc. | Karen N. Walker, Esquire <br> Kirkland & Ellis LLP <br> 655 Fifteenth Street, N.W. <br> Washington, D.C. 20005 <br> Email: kwalker@kirkland.com <br> Discovery Counsel for Generic Defendants |
| Howard I. Langer, Esquire <br> Langer & Grogan P.C. <br> 1717 Arch Street <br> Suite 4130 <br> Philadelphia, PA 19103 <br> Email: hlanger@langergrogan.com <br> Attorneys for Apotex, Inc. | Joseph Opper, Esquire <br> Garwin Gerstein & Fisher LLP <br> 1501 Broadway, Suite 1416 <br> New York, NY 10036 <br> Email: jopper@garwingerstein.com <br> Discovery Counsel for Direct Purchasers |

| | |
|---|---|
| Alpa Gandhi<br>Federal Trade Commission<br>601 New Jersey Ave. NW<br>Room 7225<br>Washington, DC  20001<br>Tel:  202.326.2900<br>Fax:  202.326.3384<br>Email:  adgandhi@ftc.gov<br><br>Counsel for Federal Trade Commission | Terence S. Ziegler, Esquire<br>Barroway Topaz Kessler Meltzer & Check<br>280 King of Prussia Road<br>Radnor, Pa 19087<br>email: tziegler@btkmc.com<br>Discovery Counsel for Indirect Purchasers |

Notice of the filing of this Certificate of Service will be sent to all counsel of record by operation of the CM/ECF system.

Date:  February 22, 2011                                                          /s/ Robert J. Gunther