**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE INC. et al., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 06-cv-1797 |
| v. | : : | |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., et al., | : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 06-cv-1833 |
| v. | : : | |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| APOTEX, INC., | : : | |
| Plaintiff, | : : | CIVIL ACTION No. 06-cv-2768 |
| v. | : : | |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : : | |
| Plaintiff, | : : | CIVIL ACTION No. 08-cv-2141 |
| v. | : : | |
| CEPHALON, INC., | : : | |
| Defendant. | : | |

_____

**DEFENDANTS' JOINT RESPONSE TO PLAINTIFF APOTEX, INC.'S MOTION FOR AN EXTENSION OF THE EXPERT DISCOVERY DEADLINES IN ALL COORDINATED PROVIGIL ANTITRUST CASES**

Defendants Cephalon, Inc., Barr Laboratories, Inc., Mylan Inc., Mylan Pharmaceuticals, Inc., Ranbaxy Laboratories, Ltd., Ranbaxy Pharmaceuticals, Inc., Teva Pharmaceutical Industries Ltd., and Teva Pharmaceuticals USA, Inc. do not oppose Plaintiff Apotex, Inc.'s motion for an extension of expert discovery deadlines in the related PROVIGIL® antitrust cases, or the proposed revised deadlines, so long as any scheduling change applies uniformly across all coordinated PROVIGIL® antitrust cases.

Respectfully submitted,

/s/ Karen N. Walker (*with permission*)
Karen N. Walker, Esq.
Greg Skidmore, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
T: 202-879-5000

*Attorneys for Defendant Barr Laboratories, Inc.*

/s/ Joseph E. Wolfson (*with permission*)
Joseph E. Wolfson, Esq.
Nathan A. Read, Esq.
STEVENS & LEE
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
T: 610-205-6001

*Attorneys for Defendants Teva Pharmaceutical Industries Ltd., and Teva Pharmaceuticals USA, Inc.*

/s/ Nancy J. Gellman
Nancy J. Gellman
John A. Guernsey
CONRAD O'BRIEN PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1921
T: 215-864-9600
F: 215-864-9620

James C. Burling
Peter A. Spaeth
Mark A. Ford
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
T: 617-526-6000
F: 617-526-5000

*Attorneys for Defendant Cephalon, Inc.*

/s/ Danielle R. Foley (*with permission*)
Lisa J. Fales, Esq.
Danielle R. Foley, Esq.
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
T: 202-344-4000

*Attorneys for Defendants Ranbaxy Laboratories, Ltd., Ranbaxy Pharmaceuticals, Inc.*

/s/ C. Fairley Spillman (*with permission*)
C. Fairley Spillman, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
T: 202-887-4000

Katherine M. Katchen, Esq.
Akin Gump Strauss Hauer & Feld LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
T: 215-965-1200

*Attorneys for Defendant Mylan Inc. and Mylan Pharmaceuticals, Inc.*

Dated: February 23, 2011

# CERTIFICATE OF SERVICE

I certify that on the date set forth below the foregoing Defendants' Joint Response to Plaintiff Apotex, Inc.'s Motion for an Extension of the Expert Discovery Deadlines in All Coordinated Provigil Antitrust Cases was electronically filed pursuant to the Court's CM/ECF system, and that the documents are available for downloading and viewing from the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.  A copy was also sent by email to the following discovery/liaison counsel in all coordinated PROVIGIL® antitrust cases:

| | |
|---|---|
| Brian J. Sodikoff, Esquire<br>Katten, Muchin, Rosenmann, LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>Email: brian.sodikoff@kattenlaw.com<br><br>Howard I. Langer, Esquire<br>Langer & Grogan P.C.<br>1717 Arch Street<br>Suite 4130<br>Philadelphia, PA 19103<br>Email: hlanger@langergrogan.com<br><br>Attorneys for Apotex, Inc. | John A. Macoretta, Esquire<br>Spector Roseman Kodroff & Willis, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Email: jmacoretta@srkw-law.com<br><br>Terence S. Ziegler, Esquire<br>Barroway Topaz Kessler Meltzer & Check<br>280 King of Prussia Road<br>Radnor, Pa 19087<br>Email: tziegler@btkmc.com<br><br>Discovery Counsel for Indirect Purchasers |
| Alpa Gandhi<br>Federal Trade Commission<br>601 New Jersey Ave. NW<br>Room 7225<br>Washington, DC  20001<br>Tel:  202.326.2900<br>Fax:  202.326.3384<br>Email: adgandhi@ftc.gov<br><br>Counsel for Federal Trade Commission | Joseph Opper, Esquire<br>Garwin Gerstein & Fisher LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Email: jopper@garwingerstein.com<br><br>Discovery Counsel for Direct Purchasers |

                                                    /s/ Nancy J. Gellman

Dated: February 23, 2011