**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE INC. et al., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 06-cv-1797 |
| v. | : : | |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., et al., | : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 06-cv-1833 |
| v. | : : | |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| APOTEX, INC., | : : | |
| Plaintiff, | : : | CIVIL ACTION No. 06-cv-2768 |
| v. | : : | |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : : | |
| Plaintiff, | : : | CIVIL ACTION No. 08-cv-2141 |
| v. | : : | |
| CEPHALON, INC., | : : | |
| Defendant. | : | |

**PLAINTIFFS' JOINT RESPONSE TO APOTEX, INC.'S MOTION FOR AN EXTENSION OF THE EXPERT DISCOVERY DEADLINES IN ALL COORDINATED PROVIGIL ANTITRUST CASES**

The Direct Purchaser Plaintiffs, the End-Payor Plaintiffs and the Federal Trade Commission do not oppose Apotex, Inc.'s motion for an extension of expert discovery deadlines in the related Provigil antitrust cases, or the proposed revised deadlines, so long as any scheduling change applies uniformly across all coordinated Provigil antitrust cases.

February 23, 2011                                      Respectfully submitted,


                                                       By:     /s/ Joseph Opper

                                                       Garwin Gerstein & Fisher LLP
                                                       Bruce E. Gerstein
                                                       Joseph Opper
                                                       Kimberly Hennings
                                                       1501 Broadway, Suite 1416
                                                       New York, NY 10036
                                                       Tel:  (212) 398-0055
                                                       Fax: (212) 764-6620

                                                       *Counsel for the Direct Purchaser Plaintiffs*

                                                       By:   /s/ Theodore M. Lieverman

                                                       Spector Roseman Kodroff & Willis, P.C.
                                                       1818 Market Street
                                                       Suite 2500
                                                       Philadelphia, PA 19103
                                                       Tel: (215) 496-0300

                                                       Criden & Love, P.A.
                                                       Kevin B. Love
                                                       7301 SW 57th Court
                                                       Suite 515
                                                       South Miami, FL 33143
                                                       Tel: (305) 357-9000

                                                       *Counsel for the End-Payor Plaintiffs*

                                                       By:  /s/ Markus H. Meier

                                                       Markus H. Meier
                                                       Bradley S. Albert
                                                       Saralisa C. Brau
                                                       Federal Trade Commission
                                                       601 N.J. Avenue, N.W.
                                                       Washington, D.C., 20580
                                                       Tel: (202) 326-3759
                                                       Fax: (202) 326-3384

                                                       *Counsel for the Federal Trade Commission*

**CERTIFICATE OF SERVICE**

  I, Kimberly Hennings, hereby certify that on February 23, 2011, the foregoing PLAINTIFFS' JOINT RESPONSE TO APOTEX, INC.'S MOTION FOR AN EXTENSION OF THE EXPERT DISCOVERY DEADLINES IN ALL COORDINATED PROVIGIL ANTITRUST CASES was electronically filed pursuant to the Court's CM/ECF system, and that the documents are available for downloading and viewing from the CM/ECF system. Notice of this filing will also be sent to all counsel of record by operation of the CM/ECF system. A copy was also sent by email to Discovery Counsel listed in the Joint Discovery Coordination Order.

                 /s/ Kimberly Hennings