**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| APOTEX, INC., *Plaintiff*, v. CEPHALON, INC., et al., *Defendants*. | Civil Action No. 2:06-cv-2768-MSG |

**CERTIFICATE OF SERVICE**

I, Martin S. Masar III, certify that on February 25, 2011, a copy of PLAINTIFF APOTEX INC.'S NOTICE PURSUANT TO 35 U.S.C. §282 was served on the persons identified below via e-mail:

| | |
|---|---|
| Daniel M. Esrick<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA  02109<br>Tel: (617) 526-6529<br>Fax: (617) 526-5000<br>Email: daniel.esrick@wilmerhale.com<br>*Attorneys for Cephalon, Inc.* | Karen N. Walker, P.C.<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C.  20005<br>Tel 202-879-5096<br>Fax 202-879-5200<br>Email: kwalker@kirkland.com<br>*Discovery Counsel for Generic Defendants* |
| Joseph Opper<br>Garwin Gerstein & Fisher LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Tel 212 398-0055<br>Fax 212 764-6620<br>Email: jopper@garwingerstein.com<br>*Discovery Counsel for Direct Purchasers* | Terence S. Ziegler<br>Barroway Topaz Kessler Meltzer & Check<br>280 King of Prussia Road<br>Radnor, Pa 19087<br>Tel 610 667-7706<br>Fax 610 667-7056<br>email: tziegler@btkmc.com<br>*Discovery Counsel for Indirect Purchasers* |
| Alpa D. Gandhi<br>Federal Trade Commission<br>601 New Jersey Ave. NW<br>Room 7225<br>Washington, DC 20001<br>Email: adgandhi@ftc.com | |

2

| | |
|---|---|
| *Discovery Counsel for Federal Trade Commission* | |

Notice of the filing of this Certificate of Service will be sent to all counsel of record via the CM/ECF system.

Respectfully submitted,

/s/ Martin S Masar III
Robert B. Breisblatt
Brian J. Sodikoff
Martin S. Masar III
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5200

Howard Langer
LANGER GROGRAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Phone: (215) 320-5661

*Attorneys for Apotex, Inc.*
