**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| APOTEX, INC., <br><br> Plaintiff, <br> v. <br><br> CEPHALON, INC., et al., <br><br> Defendants. | Case No. 06-cv-02768-MSG |

**ORDER**

AND NOW, this ____ day of _____, 2011, upon consideration of Plaintiff Apotex, Inc.'s Third *Daubert* Motion, and Defendant Cephalon, Inc.'s Memorandum in Opposition thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
Mitchell S. Goldberg, J.