**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| APOTEX, INC.,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>CEPHALON, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 06-cv-02768-MSG |

**DEFENDANT CEPHALON, INC.'S MOTION *IN LIMINE* TO PRECLUDE
APOTEX, INC. FROM OFFERING EVIDENCE OR ARGUMENT
RELATING TO ALLEGED PRIOR ART "REFERENCES" NOT
TIMELY DISCLOSED IN ITS INVALIDITY CONTENTIONS**

　　　Defendant Cephalon, Inc. respectfully submits this Motion *In Limine* To Preclude Apotex, Inc. From Offering Evidence Or Argument Relating To Alleged Prior Art "References" Not Timely Disclosed In Its Invalidity Contentions. The grounds for this motion are set forth in the accompanying memorandum of law, which is incorporated herein.

Dated:  March 7, 2011

Respectfully submitted,

/s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr.
Omar A. Kahn
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
T: 212-230-8800
F: 212-230-8888

Peter J. Kolovos
Gregory P. Teran
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
T: 617-526-6000
F: 617-526-5000

John A. Guernsey
Nancy J. Gellman
CONRAD O'BRIEN PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1921
T: 215-864-9600
F: 215-864-9620

*Attorneys for Defendant Cephalon, Inc.*