**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

APOTEX, INC.,

                            Plaintiff,

v.

CEPHALON, INC., et al.,

                            Defendants.

Case No. 06-cv-02768-MSG

## <u>ORDER</u>

AND NOW, this ____day of _____, 2011, upon consideration of Defendant Cephalon, Inc.'s Motion *In Limine* To Preclude Apotex, Inc. From Offering Evidence Or Argument Relating To Alleged Prior Art "References" Not Timely Disclosed In Its Invalidity Contentions, and any response thereto, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
Mitchell S. Goldberg, J.