**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| APOTEX, INC.,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>CEPHALON, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 06-cv-02768-MSG |

**DEFENDANT CEPHALON, INC.'S MOTION *IN LIMINE* TO PRECLUDE APOTEX, INC. FROM RELYING ON LATE-PRODUCED DOCUMENTS RELATING TO APOTEX'S STANDARD OPERATING PROCEDURES**

　　Defendant Cephalon, Inc. respectfully submits this Motion *In Limine* To Preclude Apotex, Inc. From Relying On Late-Produced Documents Relating To Apotex's Standard Operating Procedures. The grounds for this motion are set forth in the accompanying memorandum of law, which is incorporated herein.

Dated:  March 7, 2011

Respectfully submitted,

/s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr.
Omar A. Khan
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
T: 212-230-8800
F: 212-230-8888

Peter J. Kolovos
Gregory P. Teran
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
T: 617-526-6000
F: 617-526-5000

John A. Guernsey
Nancy J. Gellman
CONRAD O'BRIEN PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1921
T: 215-864-9600
F: 215-864-9620

*Attorneys for Defendant Cephalon, Inc.*