IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC.,<br><br>                            Plaintiff,<br>v.<br><br>CEPHALON, INC., et al.,<br><br>                            Defendants. | Case No. 06-cv-02768-MSG |

**ORDER**

AND NOW, this ____ day of _____, 2011, upon consideration of Defendant Cephalon, Inc.'s Motion *In Limine* To Preclude Apotex, Inc. From Relying On Late-Produced Documents Relating To Apotex's Standard Operating Procedures, and any response thereto, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
Mitchell S. Goldberg, J.