# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., <br>         Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., et al., <br>         Defendants. | CIVIL ACTION <br><br> No. 2:06-cv-1797 |
| VISTA HEALTHPLAN, INC., et al., <br>         Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., et al., <br>         Defendants. | CIVIL ACTION <br><br> No. 2:06-cv-1833 |
| APOTEX, INC., <br>         Plaintiff, <br><br> v. <br><br> CEPHALON, INC., et al., <br>         Defendants. | CIVIL ACTION <br><br> No. 2:06-cv-2768 |
| FEDERAL TRADE COMMISSION, <br>         Plaintiff, <br><br> v. <br><br> CEPHALON, INC., <br>         Defendant. | CIVIL ACTION <br><br> No. 2:08-cv-2141 |

FILED
MAR 8 2011
MICHAEL E. K___, Clerk
___ Dep. Clerk

# AMENDED SCHEDULING ORDER

**AND NOW**, this 8th day of March, 2011, upon consideration of "Apotex, Inc.'s Motion for an Extension of the Expert Discovery Deadlines in All Coordinated Provigil Antitrust Cases," (doc. no. 402 in 2:06-cv-2768), and there being no opposition to this request, it is **ORDERED** that Apotex's motion is **GRANTED** and:

1. Paragraphs 10-11 and 13-14 of the Court's April 26, 2010, Scheduling Order are **VACATED**.

2. Plaintiffs shall produce their expert report(s) by April 26, 2011. Defendants shall produce their expert report(s) by June 10, 2011. Plaintiffs' expert witness rebuttal reports (if necessary) shall be produced by July 1, 2011. All expert discovery, including all depositions of expert witnesses, shall be completed by August 12, 2011.

3. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and/or damages shall, within the time required for the submission of expert discovery set forth above, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the lay opinion, the substance and the basis for each opinion.

4. All motions for summary judgment and *Daubert* motions shall be filed no later than September 9, 2011.

5. Responses to motions for summary judgment and *Daubert* motions, if any, shall be filed no later than October 7, 2011.

6. Absent compelling circumstances, no extensions of this Scheduling Order will be granted.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.