IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| APOTEX, INC.,<br>　　　　　Plaintiff,<br><br>v.<br><br>CEPHALON, INC., et al.,<br>　　　　　Defendants. | CIVIL ACTION<br><br>No. 2:06-cv-2768 |

**FILED**
MAR 1 0 2011
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 9th day of March, 2011, upon consideration of Defendant, Cephalon, Inc.'s, "Motion for Issuance of Letter Rogatory Seeking to Take a Deposition in the Province of Ontario, Canada," (doc. no. 383), and construing Plaintiff's response in opposition to Defendant's motion to compel (doc. no. 388) as Plaintiff's response to the instant motion, it is hereby **ORDERED** that the motion is **GRANTED**. The proposed deposition shall be conducted in conformance with the Court's March 3, 2011, Order.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.