**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 2:06-cv-1797 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| | : | |
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 2:06-cv-1833 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:06-cv-2768 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| | : | |
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:08-cv-2141 |
| | : | |
| CEPHALON, INC., | : | |
| Defendant. | : | |

## NOTICE

**AND NOW,** this 15th day of March, 2011, a telephone conference regarding the discovery dispute on Rule 30(b)(6) deposition topics is scheduled for Friday, March 18, 2011, at 10:00 a.m. E.S.T. Counsel for the End Payor Plaintiffs shall initiate the conference call prior to calling Chambers. Only one (1) counsel each for the Direct Purchaser Plaintiffs, End Payor Plaintiffs, Apotex, the FTC, Cephalon and the Generic Defendants may participate.

/s/ Carole J. Ludwig

_____
Carole J. Ludwig, Deputy Clerk
Judge Mitchell S. Goldberg