Apotex, Inc. v. Cephalon, Inc.                                     April 7, 2011
Civil Action No. 06-2768 (MSG) (E.D. Penn.)

| Trial Exhibits in Evidence |
| --- |
| JTX-001 |
| JTX-002 |
| JTX-003 |
| JTX-004 |
| JTX-004A |
| JTX-004B |
| JTX-004C |

FILED

APR 1 2 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Apotex, Inc. v. Cephalon, Inc.                    April 7, 2011
Civil Action No. 06-2768 (MSG) (E.D. Penn.)

| Trial Exhibits in Evidence |
| --- |
| PTX-001 |
| PTX-002 |
| PTX-003 |
| PTX-004 |
| PTX-005 |
| PTX-006 |
| PTX-007 |
| PTX-008 |
| PTX-009 |
| PTX-010 |
| PTX-011 |
| PTX-012 |
| PTX-013A |
| PTX-013B |
| PTX-014 |
| PTX-015 |
| PTX-016 |
| PTX-017 |
| PTX-018 |
| PTX-019 |
| PTX-020 |
| PTX-020A |
| PTX-021 |
| PTX-022 |
| PTX-023 |
| PTX-024 |
| PTX-025 |
| PTX-026 |
| PTX-027 |
| PTX-028 |
| PTX-029 |
| PTX-030 |
| PTX-031 |
| PTX-032 |
| PTX-033A |
| PTX-033B |
| PTX-034 |
| PTX-035 |
| PTX-036 |
| PTX-037 |

Apotex, Inc. v. Cephalon, Inc.                    April 7, 2011
Civil Action No. 06-2768 (MSG) (E.D. Penn.)

| Trial Exhibits in Evidence |
| --- |
| PTX-038 |
| PTX-039 |
| PTX-040 |
| PTX-040A |
| PTX-041 |
| PTX-042 |
| PTX-043 |
| PTX-044 |
| PTX-045 |
| PTX-046 |
| PTX-047 |
| PTX-048 |
| PTX-049 |
| PTX-051 |
| PTX-052 |
| PTX-053 |
| PTX-054 |
| PTX-056 |
| PTX-057 |
| PTX-058 |
| PTX-059 |
| PTX-060 |
| PTX-061 |
| PTX-062 |
| PTX-063A |
| PTX-063B |
| PTX-064 |
| PTX-064A |
| PTX-065 |
| PTX-066A |
| PTX-066B |
| PTX-068 |
| PTX-069 |
| PTX-070 |
| PTX-071 |
| PTX-072 |
| PTX-073A |
| PTX-073B |
| PTX-074 |
| PTX-075 |

Apotex, Inc. v. Cephalon, Inc.                    April 7, 2011
Civil Action No. 06-2768 (MSG) (E.D. Penn.)

| Trial Exhibits in Evidence |
| --- |
| PTX-076 |
| PTX-077 |
| PTX-078 |
| PTX-079 |
| PTX-080 |
| PTX-081 |
| PTX-082 |
| PTX-083 |
| PTX-084 |
| PTX-085 |
| PTX-085A |
| PTX-086 |
| PTX-089 |
| PTX-090 |
| PTX-091 |
| PTX-092A |
| PTX-092B |
| PTX-093 |
| PTX-094 |
| PTX-095 |
| PTX-095A |
| PTX-096A |
| PTX-096B |
| PTX-096C |
| PTX-096D |
| PTX-098 |
| PTX-099 |
| PTX-099A |
| PTX-100 |
| PTX-101 |
| PTX-101A |
| PTX-102 |
| PTX-103 |
| PTX-104 |
| PTX-105 |
| PTX-106 |
| PTX-107 |
| PTX-108 |
| PTX-109 |
| PTX-110 |

Apotex, Inc. v. Cephalon, Inc.                       April 7, 2011
Civil Action No. 06-2768 (MSG) (E.D. Penn.)

| Trial Exhibits in Evidence |
| --- |
| PTX-111 |
| PTX-112 |
| PTX-115 |
| PTX-116 |
| PTX-117 |
| PTX-118 |
| PTX-119 |
| PTX-120 |
| PTX-121 |
| PTX-122 |
| PTX-123 |
| PTX-124 |
| PTX-125 |
| PTX-126 |
| PTX-127 |
| PTX-128 |
| PTX-129 |
| PTX-131A |
| PTX-131B |
| PTX-132 |
| PTX-134 |
| PTX-135 |
| PTX-136 |
| PTX-137 |
| PTX-138 |
| PTX-139 |
| PTX-140 |
| PTX-141 |
| PTX-142 |
| PTX-144 |
| PTX-144A |
| PTX-145 |
| PTX-146 |
| PTX-147 |
| PTX-148 |
| PTX-150 |
| PTX-152 |
| PTX-153 |
| ████████ |
| PTX-156 |

Apotex, Inc. v. Cephalon, Inc.                    April 7, 2011
Civil Action No. 06-2768 (MSG) (E.D. Penn.)

| Trial Exhibits in Evidence |
| --- |
| PTX-157 |
| PTX-158 |
| PTX-159 |
| PTX-160 |
| PTX-161 |
| PTX-162 |
| PTX-163 |
| PTX-164 |
| PTX-165 |
| PTX-167 |
| PTX-168 |
| PTX-169 |
| PTX-170 |
| PTX-171A |
| PTX-171B |
| PTX-172 |
| PTX-173 |
| PTX-174 |
| PTX-175 |
| PTX-176 |
| PTX-178 |
| PTX-179 |
| PTX-180 |
| PTX-181 |
| PTX-182 |
| PTX-183 |
| PTX-184A |
| PTX-184B |
| PTX-185 |
| PTX-187 |
| PTX-189 |
| PTX-193 |
| PTX-197 |
| PTX-200 |
| PTX-201 |
| PTX-204 |
| PTX-205 |
| PTX-206 |
| PTX-207 |
| PTX-208 |

Apotex, Inc. v. Cephalon, Inc.                    April 7, 2011
Civil Action No. 06-2768 (MSG) (E.D. Penn.)

| Trial Exhibits in Evidence |
| --- |
| PTX-210 |
| PTX-211 |
| PTX-212 |
| PTX-213 |
| PTX-215 |
| PTX-217 |
| PTX-218 |
| PTX-219 |
| PTX-220 |
| PTX-221 |
| PTX-222 |
| PTX-223A |
| PTX-223B |
| PTX-224 |
| PTX-225 |
| PTX-227 |
| PTX-228 |
| PTX-229 |
| PTX-231 |
| PTX-233 |
| PTX-235 |
| PTX-239 |

Apotex, Inc. v. Cephalon, Inc.                    April 7, 2011
Civil Action No. 06-2768 (MSG) (E.D. Penn.)

| Trial Exhibits in Evidence |
| --- |
| DTX-001 |
| DTX-002 |
| DTX-003 |
| DTX-004 |
| DTX-005 |
| DTX-006 |
| DTX-007 |
| DTX-008 |
| DTX-009 |
| DTX-010 |
| DTX-011 |
| DTX-012 |
| DTX-013 |
| DTX-014 |
| DTX-015 |
| DTX-016 |
| DTX-017 |
| DTX-018 |
| DTX-019 |
| DTX-020 |
| DTX-021 |
| DTX-021A |
| DTX-022 |
| DTX-023 |
| DTX-024 |
| DTX-024A |
| DTX-025 |
| DTX-026 |
| DTX-027 |
| DTX-028 |
| DTX-029 |
| DTX-030 |
| DTX-031 |
| DTX-032 |
| DTX-033 |
| DTX-034 |
| DTX-035 |
| DTX-036 |
| DTX-037 |
| DTX-038 |

Apotex, Inc. v. Cephalon, Inc.
Civil Action No. 06-2768 (MSG) (E.D. Penn.)

April 7, 2011

| Trial Exhibits in Evidence |
|---|
| DTX-039 |
| DTX-040 |
| DTX-041 |
| DTX-042 |
| DTX-043 |
| DTX-044 |
| DTX-046 |
| DTX-048 |
| DTX-054 |
| DTX-056 |
| DTX-061 |
| DTX-062 |
| DTX-064 |
| DTX-066 |
| DTX-067 |
| DTX-068 |
| DTX-070 |
| DTX-071 |
| DTX-072 |
| DTX-075 |
| DTX-078 |
| DTX-080 |
| DTX-081 |
| DTX-082 |
| DTX-083 |
| DTX-084 |
| DTX-085 |
| DTX-086 |
| DTX-089 |
| DTX-092 |
| DTX-096 |
| DTX-097 |
| DTX-098 |
| DTX-099 |
| DTX-104 |
| DTX-106 |
| DTX-107 |
| DTX-115 |
| DTX-120 |
| DTX-123 |

Apotex, Inc. v. Cephalon, Inc.                    April 7, 2011
Civil Action No. 06-2768 (MSG) (E.D. Penn.)

| Trial Exhibits in Evidence |
|:---:|
| DTX-124 |
| DTX-125 |
| DTX-126 |
| DTX-127 |
| DTX-128 |
| DTX-129 |
| DTX-130 |
| DTX-131 |
| DTX-135 |
| DTX-136 |
| DTX-137 |
| DTX-138 |
| DTX-139 |
| DTX-152 |
| DTX-153 |
| DTX-154 |
| DTX-155 |
| DTX-156 |
| DTX-157 |
| DTX-160 |
| DTX-161 |
| DTX-162 |
| DTX-164 |
| DTX-165 |
| DTX-166 |
| DTX-167 |
| DTX-168 |
| DTX-169 |
| DTX-170 |
| DTX-171 |
| DTX-172 |
| DTX-173 |
| DTX-174 |
| DTX-175 |
| DTX-176 |
| DTX-177 |
| DTX-178 |
| DTX-179 |
| DTX-180 |
| DTX-181 |

Apotex, Inc. v. Cephalon, Inc.                       April 7, 2011
Civil Action No. 06-2768 (MSG) (E.D. Penn.)

| Trial Exhibits in Evidence |
| --- |
| DTX-182 |
| DTX-183 |
| DTX-184 |
| DTX-185 |
| DTX-186 |
| DTX-187 |
| DTX-194 |
| DTX-195 |
| DTX-196 |
| DTX-197 |
| DTX-198 |
| DTX-199 |
| DTX-200 |
| DTX-201 |
| DTX-204 |
| DTX-206 |
| DTX-207 |
| DTX-209 |
| DTX-211 |
| DTX-212 |
| DTX-214 |
| DTX-216 |
| DTX-217 |
| DTX-218 |
| DTX-221 |
| DTX-223 |
| DTX-224 |
| DTX-225 |
| DTX-226 |
| DTX-227 |
| DTX-228 |
| DTX-229 |
| DTX-232 |