**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| APOTEX, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CEPHALON, INC., et al., <br><br><br><br> *Defendants*. | Civil Action No. 2:06-cv-2768-MSG |

**CERTIFICATE OF SERVICE**

I certify that on April 25, 2011, a copy of Apotex's Post-Trial Brief on Invalidity and Inequitable Conduct was served on the persons identified below via e-mail:

| | |
|---|---|
| Daniel M. Esrick <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 60 State Street <br> Boston, MA  02109 <br> Tel: (617) 526-6529 <br> Fax: (617) 526-5000 <br> Email: daniel.esrick@wilmerhale.com <br> *Attorneys for Cephalon, Inc.* | Karen N. Walker, P.C. <br> Kirkland & Ellis LLP <br> 655 Fifteenth Street, N.W. <br> Washington, D.C.  20005 <br> Tel 202-879-5096 <br> Fax 202-879-5200 <br> Email: kwalker@kirkland.com <br> *Discovery Counsel for Generic Defendants* |
| Joseph Opper <br> Garwin Gerstein & Fisher LLP <br> 1501 Broadway, Suite 1416 <br> New York, NY 10036 <br> Tel 212 398-0055 <br> Fax 212 764-6620 <br> Email: jopper@garwingerstein.com <br> *Discovery Counsel for Direct Purchasers* | Terence S. Ziegler <br> Barroway Topaz Kessler Meltzer & Check <br> 280 King of Prussia Road <br> Radnor, Pa 19087 <br> Tel 610 667-7706 <br> Fax 610 667-7056 <br> email: tziegler@btkmc.com <br> *Discovery Counsel for Indirect Purchasers* |
| Alpa D. Gandhi <br> Federal Trade Commission <br> 601 New Jersey Ave. NW <br> Room 7225 <br> Washington, DC 20001 <br> Email: adgandhi@ftc.com <br> *Discovery Counsel for Federal Trade Commission* | |

Notice of the filing of this Certificate of Service will be sent to all counsel of record via the CM/ECF system.

<div style="margin-left:50%">

Respectfully submitted,

/s/ Martin S Masar III
Robert B. Breisblatt
Brian J. Sodikoff
Martin S. Masar III
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5200

Howard Langer
LANGER GROGRAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Phone: (215) 320-5661

*Attorneys for Apotex, Inc.*

</div>