# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., *Plaintiff*, v. CEPHALON, INC., et al. *Defendants*. | Civil Action No. 2:06-cv-2768-MSG |

## APOTEX INC.'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY

In the patent case between Apotex and Cephalon, the issue of inequitable conduct is currently before the Court. On May 25, 2011, the Federal Circuit issued the en banc opinion *Therasense, Inc. v. Becton Dickinson & Company*, 2008-1511, -1512, -1513, -1514, -1595 (Fed. Cir. May 25, 2011) addressing the standard(s) to be applied in determining inequitable conduct. Apotex respectfully requests leave to file a Notice of Supplemental Authority, attached as Exhibit A, advising the Court of this decision.

Date: May 26, 2011                                                      /s/ Brian J. Sodikoff_____

                                                                              Robert B. Breisblatt
Brian J. Sodikoff
Martin S. Masar III
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5200

Howard Langer
LANGER GROGRAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Phone: (215) 320-5661

*Attorneys for Apotex, Inc.*

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| APOTEX, INC., *Plaintiff*, v. CEPHALON, INC., et al., *Defendants*. | Civil Action No. 2:06-cv-2768-MSG |

**CERTIFICATE OF SERVICE**

I certify that on May 26, 2011, a copy of APOTEX INC.'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY was served on the persons identified below via e-mail:

| | |
|---|---|
| Daniel M. Esrick<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA  02109<br>Tel: (617) 526-6529<br>Fax: (617) 526-5000<br>Email: daniel.esrick@wilmerhale.com<br>*Attorneys for Cephalon, Inc.* | Karen N. Walker, P.C.<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C.  20005<br>Tel 202-879-5096<br>Fax 202-879-5200<br>Email: kwalker@kirkland.com<br>*Discovery Counsel for Generic Defendants* |
| Joseph Opper<br>Garwin Gerstein & Fisher LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Tel 212 398-0055<br>Fax 212 764-6620<br>Email: jopper@garwingerstein.com<br>*Discovery Counsel for Direct Purchasers* | Terence S. Ziegler<br>Barroway Topaz Kessler Meltzer & Check<br>280 King of Prussia Road<br>Radnor, Pa 19087<br>Tel 610 667-7706<br>Fax 610 667-7056<br>email: tziegler@btkmc.com<br>*Discovery Counsel for Indirect Purchasers* |
| Alpa D. Gandhi<br>Federal Trade Commission<br>601 New Jersey Ave. NW<br>Room 7225<br>Washington, DC 20001<br>Email: adgandhi@ftc.com | |

2

| | |
|---|---|
| *Discovery Counsel for Federal Trade Commission* | |

Notice of the filing of this Certificate of Service will be sent to all counsel of record via the CM/ECF system.

                                        Respectfully submitted,

                                        /s/ Brian J. Sodikoff
                                        Robert B. Breisblatt
                                        Brian J. Sodikoff
                                        Martin S. Masar III
                                        KATTEN MUCHIN ROSENMAN LLP
                                        525 West Monroe Street
                                        Chicago, Illinois 60661-3693
                                        Phone: (312) 902-5200

                                        Howard Langer
                                        LANGER GROGRAN & DIVER, P.C.
                                        1717 Arch Street, Suite 4130
                                        Philadelphia, PA 19103
                                        Phone: (215) 320-5661

                                        *Attorneys for Apotex, Inc.*