IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC.,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CEPHALON, INC., et al.,<br>　　　　　　Defendants. | CIVIL ACTION<br><br>No. 2:06-cv-2768 |

## ORDER

**AND NOW,** this 27th day of May, 2011, upon consideration of "Apotex Inc.'s Motion for Leave to Submit Supplemental Authority," (doc. no. 460), it is hereby **ORDERED** that Apotex's motion is **DENIED** as moot. The Court is aware of the recent Federal Circuit precedent.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/ Mitchell S. Goldberg
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Mitchell S. Goldberg, J.**