# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., *Plaintiff*, v. CEPHALON, INC., BARR LABORATORIES, INC., MYLAN LABORATORIES, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., RANBAXY LABORATORIES, LTD., AND RANBAXY PHARMACEUTICALS, INC., *Defendants*. | HONORABLE MITCHELL S. GOLDBERG Civil Action No. 2:06-cv-2768-MSG |

## APOTEX INC.'S NOTICE OF SERVICE

Pursuant to the Court's February 19, 2010 Scheduling Order, I HEREBY CERTIFY that on June 10, 2011 the Third Supplemental Expert Report of Dr. David Beach was served on defendant Cephalon, Inc. via email.

Respectfully submitted,

/s/ Christine E. Bestor
Robert B. Breisblatt
Brian J. Sodikoff
Martin S. Masar III
Christine E. Bestor
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5200

Howard Langer
LANGER GROGRAN & DIVER, P.C.
1717 Arch Street, Suite 4130

1

Philadelphia, PA 19103
Phone: (215) 320-5661

*Attorneys for Apotex, Inc.*