**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| APOTEX, INC., | : |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| CEPHALON, INC., <u>et al.</u>, | : |
| Defendants. | : |

CIVIL ACTION

No. 2:06-cv-2768

### <u>ORDER</u>

**AND NOW,** this 22nd day of June, 2011, upon consideration of the parties' joint request to allow Cephalon to depose Mr. Krishnan outside the fact discovery period, it is hereby **ORDERED** that the request is **GRANTED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**