**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| APOTEX, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CEPHALON, INC., et al. <br><br> *Defendants*. | **ORAL ARGUMENT REQUESTED** <br><br> Civil Action No. 2:06-cv-2768-MSG |

**APOTEX INC.'S THIRD DAUBERT MOTION:**
**APOTEX INC.'S MOTION TO EXCLUDE CEPHALON, INC.'S EXPERT REPORTS**
**AND TESTIMONY REGARDING TESTING ON MODAFINIL TABLETS**
**(CORRECTED)**

**FILED UNDER SEAL**

Respectfully submitted,

Date: June 24, 2011

/s/ Brian J. Sodikoff

Robert B. Breisblatt
Brian J. Sodikoff
Martin S. Masar III
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5200

Howard Langer
LANGER GROGRAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Phone: (215) 320-5661

*Attorneys for Apotex, Inc.*