# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CEPHALON, INC., et al. <br><br><br> *Defendants*. | **FILED UNDER SEAL** <br><br><br> Civil Action No. 2:06-cv-2768-MSG |

## PLAINTIFF APOTEX INC.'S INFRINGEMENT PRETRIAL MEMORANDUM