**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| APOTEX, INC., )<br>)<br>         Plaintiff )<br>)<br>v. )<br>)<br>CEPHALON, INC., <u>et al</u>. )<br>)<br>         Defendants )<br>) | <u>FILED UNDER SEAL</u><br><br>CIVIL ACTION<br><br>No. 2:06-cv-2768-MSG |

**PLAINTIFF APOTEX, INC.'S OPPOSITION TO DEFENDANT CEPHALON, INC.'S
*DAUBERT* MOTION TO PRECLUDE CERTAIN EXPERT TESTIMONY OF DR.
DAVID BEACH**

**FILED UNDER SEAL**


Dated: June 24, 2011                    /s/ Brian J. Sodikoff
                                        Robert B. Breisblatt
                                        Brian J. Sodikoff
                                        Martin S. Masar III
                                        KATTEN MUCHIN ROSENMAN LLP
                                        525 West Monroe Street
                                        Chicago, Illinois 60661-3693
                                        Phone: (312) 902-5200

                                        Howard Langer
                                        LANGER GROGRAN & DIVER, P.C.
                                        1717 Arch Street, Suite 4130
                                        Philadelphia, PA 19103
                                        Phone: (215) 320-5661

                                        *Attorneys for Apotex, Inc.*