IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., <br>            Plaintiff, <br><br> v. <br><br> CEPHALON, INC., et al., <br>            Defendants. | CIVIL ACTION <br><br> No. 2:06-cv-2768 |

## ORDER

**AND NOW,** this 24th day of June, 2011, upon consideration of "Plaintiff Apotex Inc.'s Motion for Leave to File a Notice of FDA Approval of Apotex's Etobicoke Facility," (doc. no. 464), and Cephalon's response thereto, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**. Exhibit A to Apotex's motion, including all its attachments, is admitted as a supplemental exhibit in the above-referenced patent bench trial (PTX 240).

**IT IS FURTHER ORDERED** that upon consideration of "Defendant's Cross-Motion to Supplement the Record," (doc. no. 467), and Apotex's consent thereto, Defendant's motion is **GRANTED.** Defendant's exhibits DTX 148, DTX 150 and DTX 151 are admitted also into evidence.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**