# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC.,<br><br>        *Plaintiff*,<br><br>v.<br><br>CEPHALON, INC., *et al.*<br><br>        *Defendants*. | Civil Action No. 2:06-cv-2768-MSG |

**APOTEX INC.'S OPPOSITION TO DEFENDANT CEPHALON, INC.'S MOTION *IN LIMINE* FOR AN ADVERSE INFERENCE OF INFRINGEMENT**
**(Filed Under Seal)**