APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APOTEX, INC. | : | CIVIL ACTION |
| v. | : | |
| CEPHALON, INC. | : | NO.  2:06-CV-2768 |

### ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Molly Geissenhainer</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:06-CV-2768

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, Molly Geissenhainer, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 27958, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| VIRGINIA | 11-3-2009 | 78508 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Ranbaxy Laboratories Ltd. and Ranbaxy Pharmaceuticals, Inc.

(Applicant's Signature)

7-8-11
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Venable LLP, 575 7th St., NW, Washington, DC 20004
Telephone: 202-344-4215

mgeissenhainer@venable.com

Sworn and subscribed before me this
8th day of July, 2011

Notary Public

Suzanne C. Hicks
Notary Public, District of Columbia
My Commission Expires 1/1/2015

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Molly Geissenhainer</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| John J. O'Malley | [signature] | 06/03/1993 | 68222 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Volpe & Koenig P.C., United Plaza, 30 South 17th Street, Philadelphia, PA 19103-4009

Telephone: 215-568-6400; facsimile: 215-568-6499

jomalley@vklaw.com

Sworn and subscribed before me this _____ Day of July, 2011

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
EDYTHE M. BRYANT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 31, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APOTEX, INC. | : | CIVIL ACTION |
| v. | : | |
| CEPHALON, INC. | : | NO. 2:06-CV-2768 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Molly Geissenhainer

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was filed and served electronically, and is available for viewing and downloading from the Court's ECF system.

_____
Signature of Attorney

JOHN J. O'MALLEY
Name of Attorney

Ranbaxy Laboratories Ltd. and
Ranbaxy Pharmaceuticals Inc.
Name of Moving Party

7/11/11
Date