**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:06-cv-2768 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 20th day of July, 2011, following a bench trial on the infringement portion of the above-captioned action, it is hereby **ORDERED** that:

1. On or before August 5, 2011, Cephalon may file a post-trial brief of no more than 25-pages;

2. On or before August 12, 2011, Apotex may file a post-trial brief of no more than 25-pages;

3. All factual assertions must contain specific cites to the record (exhibit and/or transcript).

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**