# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | |
| Defendants. | |

FILED
AUG 2 - 2011

## ORDER

AND NOW, this __1st__ day of __August__, 2011, it is hereby ORDERED that the application of Emily R. Whelan, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

__X__ GRANTED.

____ DENIED.

_____
Mitchell S. Goldberg, J.