**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC, *et al.*,<br>    *Plaintiffs*<br><br>        v.<br><br>CEPHALON, INC., *et al.*,<br>    *Defendants*. | No. 2:06-cv-1797 |
| VISTA HEALTHPLAN, INC, *et al.*,<br>    *Plaintiffs*<br><br>        v.<br>CEPHALON, INC., *et al.*,<br>    *Defendants*. | No. 2:06-cv-1833 |
| APOTEX, INC.,<br>    *Plaintiff*<br><br>        v.<br><br>CEPHALON, INC., *et al.*,<br>    *Defendants*. | No. 2:06-cv-2768 |

**[PROPOSED] ORDER**

Having considered the Generic Defendants' Motion for Leave to File Consolidated Summary Judgment Briefing, the briefing in support of the motion and the oppositions thereto, the Court GRANTS the motion and ORDERS as follows:

1.   The Generic Defendants[1] may file one consolidated opening brief not to exceed eighty (80) pages in length in support of any motion(s) filed for summary judgment.

---

[1] The Generic Defendants are Barr Laboratories, Inc., Teva Pharmaceuticals Industries Ltd./Teva Pharmaceuticals USA, Inc., Ranbaxy Laboratories, Ltd./Ranbaxy Pharmaceuticals, Inc., and Mylan Inc. (formerly known as Mylan Laboratories, Inc.)/Mylan Pharmaceuticals Inc.

2

2. Each Generic Defendant (Barr, Teva, Ranbaxy and Mylan) may file a supplemental opening brief not to exceed 12 pages in length focusing on issues specific to that Generic Defendant. Any such briefing must not be duplicative of the arguments raised in the combined briefing.

BY THE COURT:

_____
Hon. Mitchell S. Goldberg, J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC, *et al.*,<br>*Plaintiffs*<br><br>v.<br><br>CEPHALON, INC., *et al.*,<br>*Defendants*. | ) ) ) ) ) ) ) ) ) ) | No. 2:06-cv-1797 |
| VISTA HEALTHPLAN, INC, *et al.*,<br>*Plaintiffs*<br><br>v.<br>CEPHALON, INC., *et al.*,<br>*Defendants*. | ) ) ) ) ) ) ) ) ) | No. 2:06-cv-1833 |
| APOTEX, INC.,<br>*Plaintiff*<br><br>v.<br><br>CEPHALON, INC., *et al.*,<br>*Defendants*. | ) ) ) ) ) ) ) ) ) ) | No. 2:06-cv-2768 |

**GENERIC DEFENDANTS' MOTION FOR LEAVE TO FILE CONSOLIDATED
SUMMARY JUDGMENT BRIEFING**

Defendants Barr Laboratories, Inc., Teva Pharmaceuticals Industries Ltd./Teva Pharmaceuticals USA, Inc., Ranbaxy Laboratories, Ltd./Ranbaxy Pharmaceuticals, Inc., and Mylan Inc. (formerly known as Mylan Laboratories, Inc.)/Mylan Pharmaceuticals Inc. (collectively the "Generic Defendants") file this motion for leave to file consolidated summary judgment briefing as set forth below.

1.  Motions for summary judgment are due on September 9.  The Court has entered an Order limiting opening briefs in support of motions for summary judgment to 50 pages in length.  *See* Scheduling Order 4, April 27, 2010, ECF No. 280.

2.   In an effort to streamline the presentation of the issues for the convenience of the parties and the Court, the Generic Defendants believe they will be able to combine briefing on issues common to all Generic Defendants.  Accordingly, the Generic Defendants seek clarification that, instead of each potentially filing three separate 50-page opening briefs (one in each case, for a total of 600 pages), they may jointly file one consolidated opening brief in all of the above-captioned dockets not to exceed 80 pages in length.

3.   Because at the time of the settlements, each of the Generic Defendants was an independent company defending its own patent litigation and making an independent decision whether or not to settle its patent case, there may be defendant-specific summary judgment issues.  Thus, each Generic Defendant (Barr, Teva, Ranbaxy and Mylan) additionally requests the right to file a supplemental opening brief not to exceed 12 pages that would focus only on issues specific to that Generic Defendant.  Any such briefing would not be duplicative of the arguments raised in the combined briefing.

4.   This consolidated briefing will both limit the overall number of pages of briefing the Court will receive and is intended to streamline the presentation of the issues for the Court's convenience.  The Generic Defendants will make every effort to streamline their arguments and prevent unnecessary briefing; however, even were the Generic Defendants to use every page of briefing requested here, the total number of pages would still be less than the 150 pages of briefing permitted the Generic Defendants at the Motion to Dismiss stage and the total pages permitted under the Court's April 27 Order.

**CONCLUSION**

For the foregoing reasons, the Generic Defendants request the Court grant leave to file briefs in support of motion(s) for summary judgment as outlined in this Motion.

Case 2:06-cv-02768-MSG   Document 497   Filed 08/23/11   Page 5 of 6

Case 2:06-cv-02768-MSG   Document 497   Filed 08/23/11   Page 5 of 6

August 23, 2011

Respectfully submitted,

/s/ Joseph Wolfson (with permission)
William H. Rooney
Jeffrey B. Korn
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019
(212) 728-8000


Joseph Wolfson (ID #44431)
STEVENS & LEE, P.C.
620 Freedom Business Center
Suite 200
King of Prussia, PA  19406
(610) 205-6001

*Counsel for Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*


/s/ Paul B. Hewitt (with permission)
Katherine M. Katchen (ID #80395)
Jeffery A. Dailey (ID #85993)
Matthew R. Varzally (ID #93987)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA  19103
(215) 965-1200

Paul B. Hewitt
C. Fairley Spillman
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
(202) 887-4000

*Counsel for Mylan Inc. (formerly known as Mylan Laboratories, Inc.) and Mylan Pharmaceuticals, Inc.*

/s/ Gregory L. Skidmore
Jay P. Lefkowitz, P.C.
Karen N. Walker, P.C.
John C. O'Quinn
Gregory L. Skidmore
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC  20005
(202) 879-5000

Richard L. Scheff  (ID #35213)
Lathrop B. Nelson III (ID #88254)
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-7502

*Counsel for Barr Laboratories, Inc.*


/s/ J. Douglas Baldridge (with permission)
J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
VENABLE LLP
575 7th Street, NW
Washington, DC  20004
(202) 344-4000

Anthony S. Volpe  (ID #24733)
John J. O'Malley  (ID #68222)
VOLPE AND KOENIG, P.C.
United Plaza, 30 South 17th Street
Philadelphia, PA 19103-4009
(215) 568-6400

*Counsel for Ranbaxy Laboratories, Ltd. and Ranbaxy Pharmaceuticals, Inc.*

3

4

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of August 2011 he caused to be filed electronically the foregoing GENERIC DEFENDANTS' MOTION FOR LEAVE TO FILE CONSOLIDATED SUMMARY JUDGMENT BRIEFING using the CM/ECF system, which will send e-mail notification of the filing to all counsel of record.

                                                           */s/ Gregory L. Skidmore*
                                                           Attorney