## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC, *et al.*,      *Plaintiffs* <br><br> v. <br><br> CEPHALON, INC.,   *et al.*,      *Defendants.* | No. 2:06-cv-1797 |
| VISTA HEALTHPLAN, INC, *et al.*,      *Plaintiffs* <br><br> v. <br> CEPHALON, INC.,   *et al.*,      *Defendants.* | No. 2:06-cv-1833 |
| APOTEX, INC.,      *Plaintiff* <br><br> v. <br><br> CEPHALON, INC.,   *et al.*,      *Defendants.* | No. 2:06-cv-2768 |

## ORDER

AND NOW, this _____ day of _____, 2011, upon consideration of Generic Defendants' Uncontested Motion To Expedite Consideration Of Their Motion For Leave To File Consolidated Summary Judgment Briefing, it is ORDERED that the Motion is GRANTED and that Plaintiffs' opposition, if any, shall be served and filed no later than Friday, August 26, 2011.

BY THE COURT:

_____
**MITCHELL S. GOLDBERG, J.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC, *et al.*, <br> *Plaintiffs* <br><br> v. <br><br> CEPHALON, INC.,   *et al.*, <br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 2:06-cv-1797 |
| VISTA HEALTHPLAN, INC, *et al.*, <br> *Plaintiffs* <br><br> v. <br> CEPHALON, INC.,   *et al.*, <br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 2:06-cv-1833 |
| APOTEX, INC., <br> *Plaintiff* <br><br> v. <br><br> CEPHALON, INC.,   *et al.*, <br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 2:06-cv-2768 |

**GENERIC DEFENDANTS' UNCONTESTED MOTION TO EXPEDITE
CONSIDERATION OF THEIR MOTION FOR LEAVE TO FILE
CONSOLIDATED SUMMARY JUDGMENT BRIEFING**

Defendants Barr Laboratories, Inc., Teva Pharmaceuticals Industries Ltd./Teva

Pharmaceuticals USA, Inc., Ranbaxy Laboratories, Ltd./Ranbaxy Pharmaceuticals, Inc., and

Mylan Inc. (formerly known as Mylan Laboratories, Inc.)/Mylan Pharmaceuticals Inc.

(collectively the "Generic Defendants") file this motion to expedite consideration of their motion

for leave to file consolidated summary judgment briefing as set forth below.

1.      The Court has entered an Order limiting opening briefs in support of motions for

summary judgment to 50 pages in length.  *See* Scheduling Order 4, April 27, 2010, ECF No. 280.

2.      The Generic Defendants have separately filed a motion seeking leave to file one consolidated opening brief in support of any motion(s) for summary judgment, not to exceed 80 pages in length, and for the right to each file a supplemental brief not to exceed 12 pages in length only to address any generic-specific issues.

3.      In accordance with this Court's Amended Scheduling Order, all summary judgment opening briefs must be filed by September 9, 2011, and all summary judgment responsive briefs must be filed by October 7, 2011. *See* Amended Scheduling Order 2, March 8, 2011, Docket No. 425.   As the deadline for summary judgment is approaching, expedited consideration will assist the parties in preparing the summary judgment papers.

4.      Plaintiffs intend to oppose the Generic Defendants' Motion For Leave To File Consolidated Summary Judgment Briefing.

5.      However, Plaintiffs do not oppose this motion for expedited consideration. *See* Certificate of Counsel attached hereto.

6.      Accordingly, the Generic Defendants respectfully request that this Court set an expedited briefing schedule for the Generic Defendants' Motion for Leave to File Consolidated Summary Judgment Briefing and shorten Plaintiffs' time to respond to the Motion to no later than Friday, August 26, 2011.

**CONCLUSION**

For the reasons set forth in this uncontested motion for expedited consideration, the Generic Defendants respectfully request their Motion For Leave To File Consolidated Summary Judgment Briefing be considered on an expedited basis.

August 23, 2011                                     Respectfully submitted,


/s/ Joseph Wolfson (with permission)              /s/ Gregory L. Skidmore
William H. Rooney                                 Jay P. Lefkowitz, P.C.
Jeffrey B. Korn                                   Karen N. Walker, P.C.
WILLKIE FARR & GALLAGHER LLP                      John C. O'Quinn
787 Seventh Avenue                                Gregory L. Skidmore
New York, NY  10019                               KIRKLAND & ELLIS LLP
(212) 728-8000                                    655 Fifteenth Street, NW
                                                  Washington, DC  20005
                                                  (202) 879-5000

Joseph Wolfson (ID #44431)
STEVENS & LEE, P.C.                               Richard L. Scheff  (ID #35213)
620 Freedom Business Center                       Lathrop B. Nelson III (ID #88254)
Suite 200                                         MONTGOMERY, MCCRACKEN, WALKER &
King of Prussia, PA  19406                        RHOADS, LLP
(610) 205-6001                                    123 South Broad Street
                                                  Philadelphia, PA  19109
                                                  (215) 772-7502
Counsel for Teva Pharmaceutical Industries
Ltd. and Teva Pharmaceuticals USA, Inc.
                                                  Counsel for Barr Laboratories, Inc.


/s/ Paul B. Hewitt (with permission)              /s/ J. Douglas Baldridge (with permission)
Katherine M. Katchen (ID #80395)                  J. Douglas Baldridge
Jeffery A. Dailey (ID #85993)                     Lisa Jose Fales
Matthew R. Varzally (ID #93987)                   Danielle R. Foley
AKIN GUMP STRAUSS HAUER & FELD LLP                VENABLE LLP
Two Commerce Square                               575 7th Street, NW
2001 Market Street, Suite 4100                    Washington, DC  20004
Philadelphia, PA  19103                           (202) 344-4000
(215) 965-1200

                                                  Anthony S. Volpe  (ID #24733)
Paul B. Hewitt                                    John J. O'Malley  (ID #68222)
C. Fairley Spillman                               VOLPE AND KOENIG, P.C.
AKIN GUMP STRAUSS HAUER & FELD LLP                United Plaza, 30 South 17th Street
1333 New Hampshire Avenue, NW                     Philadelphia, PA 19103-4009
Washington, DC  20036                             (215) 568-6400
(202) 887-4000

                                                  Counsel for Ranbaxy Laboratories, Ltd. and
Counsel for Mylan Inc. (formerly known as         Ranbaxy Pharmaceuticals, Inc.
Mylan Laboratories, Inc.) and Mylan
Pharmaceuticals, Inc.

**CERTIFICATE OF COUNSEL**

Counsel for the Defendants' has contacted counsel for Plaintiffs regarding expedited consideration of the Generic Defendants' Motion For Leave To File Consolidated Summary Judgment Briefing.  Counsel for Plaintiffs do not oppose the Generic Defendants' Motion To Expedite Consideration.


Dated:  August 23, 2011                                    */s/ Gregory L. Skidmore*     _
                                                                        Attorney

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 23rd day of August 2011 he caused to be filed electronically the foregoing GENERIC DEFENDANTS' UNCONTESTED MOTION TO EXPEDITE CONSIDERATION OF THEIR MOTION FOR LEAVE TO FILE CONSOLIDATED SUMMARY JUDGMENT BRIEFING using the CM/ECF system, which will send e-mail notification of the filing to all counsel of record.

 _/s/ Gregory L. Skidmore_
Attorney