# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., <br>     Plaintiff, <br><br> v. <br><br> CEPHALON, INC., et al., <br>     Defendants. | CIVIL ACTION <br><br> No. 2:06-cv-2768 |

## ORDER AND JUDGMENT

**AND NOW,** this 31st day of October, 2011, following a bench trial, and after careful review of the parties' briefs, for the reasons set out in the Memorandum Opinion filed this day, it is hereby **ORDERED** that:

1. Defendant Cephalon, Inc.'s "Motion for Judgment on Partial Findings" (Doc. No. 449) is **DENIED**;

2. United States Reissue Patent Number RE 37,516 is declared **INVALID** and **UNENFORCEABLE.**

3. Judgment is entered in favor of Plaintiff, Apotex, Inc., as to Counts I and II of the Second Amended Complaint (Doc. 195).

**BY THE COURT:**

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**