#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:06-cv-02768-MSG |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF W. ROSS FOOTE

PLEASE TAKE NOTICE that attorney W. Ross Foote of Smith Foote, LLP, 720 Murray Street, Alexandria, LA 71301, hereby withdraws as counsel for Plaintiffs', King Drug Company of Florence, Inc., J.M. Smith Corporation, and Burlington Drug Company, Inc.

Dated: November 1, 2011                         /s/ W. Ross Foote
                                                                    W. Ross Foote
                                                                    720 Murray Street
                                                                    Alexandria, LA 71301
                                                                    rfoote@smithfoote.com
                                                                    Tel: 318-445-4480