# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., *Plaintiff*, v. CEPHALON, INC., *et al.* *Defendants*. | Civil Action No. 2:06-cv-2768-MSG |

## APOTEX'S MOTION TO
## DECLARE THIS AN EXCEPTIONAL CASE AND FOR ATTORNEYS' FEES AND EXPENSES PURSUANT TO 35 U.S.C. § 285 AND FRCP 54(d)(2)

In light of the Court's findings in its 11/07/2011 Amended Memorandum Opinion (D.I. 516), Apotex respectfully moves the Court to declare this case exceptional pursuant to 35 U.S.C. § 285 and award reasonable attorneys' fees (including qualifying non-taxable costs) under Fed. R. Civ. P. 54(d)(2). In support of this motion, Apotex has filed a supporting memorandum of law contemporaneously herewith.

Respectfully submitted,

Dated: November 11, 2011

/s/ Brian J. Sodikoff
Robert B. Breisblatt
Brian J. Sodikoff
Martin S. Masar III
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5200

Howard Langer
LANGER GROGRAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Phone: (215) 320-5661

…

2

*Attorneys for Apotex, Inc.*

Case 2:06-cv-02768-MSG   Document 518   Filed 11/11/11   Page 2 of 3

2

*Attorneys for Apotex, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| APOTEX, INC., </br></br>   Plaintiff </br></br> v. </br></br> CEPHALON, INC., et al. </br></br>   Defendants | CIVIL ACTION </br></br> No. 2:06-cv-2768-MSG |

**CERTIFICATE OF SERVICE**

I certify that on November 11, 2011, a copy of APOTEX'S MOTION TO DECLARE THIS AN EXCEPTIONAL CASE AND FOR ATTORNEYS' FEES AND EXPENSES PURSUANT TO 35 U.S.C. § 285 AND FRCP 54(d)(2) was served via the Court's ECF system.

Dated: November 11, 2011

/s/ Brian J. Sodikoff
Robert B. Breisblatt
Brian J. Sodikoff
Martin S. Masar III
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5200

Howard Langer
LANGER GROGRAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Phone: (215) 320-5661

*Attorneys for Apotex, Inc.*