# EX. A

(Excerpts from 2011 AIPLA Study)

# AIPLA

# Report of the Economic Survey

# 2011

Prepared Under Direction of
Law Practice Management Committee

American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org

# INTRODUCTION

The AIPLA Economic Survey, developed and directed by the Law Practice Management Committee of the American Intellectual Property Law Association (AIPLA), reports the annual incomes and related professional and demographic characteristics of intellectual property (IP) law attorneys and associated patent agents. Conducted every other year by AIPLA, this survey also examines the economic aspects of intellectual property law practice, including individual billing rates and typical charges for representative IP law services. All AIPLA members were invited to participate.

The Law Practice Management Committee took an active role in reviewing the Economic Survey with a goal of improving the usefulness and value of the data that are collected and analyzed.

# DATA COLLECTION

An e-mail invitation to participate in the 2011 AIPLA Economic Survey was sent to a list of 15,620 AIPLA members and non-members; accounting for bounces and requests to be removed from the database, the actual sample surveyed was 14,524. The e-mail included an individualized direct link to the Web-based questionnaire along with an attached letter requesting additional participation in the Firm portion of the Economic Survey. The initial e-mail was followed up by several e-mail reminders, including notices specifically directed at collecting additional Firm responses.

A total of 2,577 individuals responded by completing some or all of the questionnaire, yielding an 18% response rate. This is lower than in 2009, but similar to 2007. This is the third time the survey has been conducted online.

The additional efforts to gather data for the Firm portion of the survey garnered 287 responses—higher than in 2009, when only 230 firm representatives completed the firm questionnaire.

All data submitted by respondents were reviewed and evaluated for reasonableness and consistency; data anomalies and outliers were analyzed and corrected or deleted.

In many cases, respondents did not answer every question, so the total counts for each table may vary.

# CHANGES TO THE SURVEY

A number of enhancements were made to the 2011 Individual Survey instrument. Questions were added and wording was refined, based on comments and questions received from past surveys. Medical/Health Care, and Pharmaceutical were options added to the question regarding the percent of time spent by respondents in areas of technical specialization. These two choices were also added to a question in Part II for Corporate Practitioners regarding corporate technology specialization as well as a decomposition of a category that previously lumped together electrical, computer software and hardware. These categories were all broken down into separate items for selection, allowing a better classification of the individuals responding at the various corporations. These new choices were included in response to write-ins from the "Other" choices in past surveys. Also in Part II, new work areas were included in the question regarding the percentage estimate of how the annual corporate IP budget is devoted. A follow-up question was also added with similar choices, but respondents were expected to allocate their time. A new question for private practitioners was added to define who is primarily represented by each firm; plaintiffs, defendants or both equally. For Part IV—under Trademarks—questions regarding preparation of a UDRP Petition, and response to a UDRP Petition were included along with questions regarding the type of fee primarily used in 2010 for the various types of prosecution and client counseling. For each line of work, whether it was for Trademarks, US Utility Patents, Foreign Origin and Foreign Patents, or other US Patents and Copyrights, respondents

had the opportunity to indicate the type of fee primarily used. Summary tables of the typical type of fee used (hourly, fixed fee or other) are included in Appendix A.

The questionnaire and statistical tables for firm data were changed minimally from 2009. Two new categories were included for classifying the percent of firms' 2010 IP billings.

In the data tables in the report, a minimum of three responses was required to show composite values. The term "ISD" is used in the tables to show insufficient data.

## DESCRIPTION OF STATISTICS AND FORMATTING CONVENTIONS

**Quartiles:** In tables that report incomes, billing rates, typical charges, and other distributions of real numbers, responses are described by three quartiles: the first quartile, the median, and the third quartile. Quartiles identify interpolated locations on a distribution of values and do not necessarily represent actual reported values. Another label for quartiles is percentiles; the first quartile is the same as the 25th percentile, the median is the 50th percentile, and the third quartile is the 75th percentile. For example, when all reported values are listed from highest to lowest, the third quartile identifies the point on the list that is equal to or greater than 75 percent (three quarters) of the reported values and equal to or less than 25 percent (one quarter).

**Median (midpoint):** The median identifies the point in the distribution of reported values that is equal to or larger than one-half of reported values and equal to or smaller than one-half—that is, the mid-point.

A median is reported when three or more values were reported by respondents. The first and third quartiles are reported when five or more values were reported by respondents. Quartiles and medians based on values reported by survey respondents are estimates of the quartiles and medians that could be determined if the characteristics of the entire population represented by survey respondents were known. In general, the more values that are reported, the more accurately quartiles estimate the distribution of values among all AIPLA members.

**Mean (average):** The sum of all values divided by the number of values.

It should be noted that if the mean exceeds the median, it is because high values will affect the calculations. It is also possible, especially with a small number of values, for the mean to exceed the third quartile.

Percentages in some tables and some graphs may not sum to exactly 100% due to rounding.

Other definitions useful in understanding tabular information presented in this report are:

**Income:** Defined as *"total gross income in calendar year 2010 from your primary practice…including any partnership income, cash bonus, share of profits, and similar income you received, and any deferred compensation in which you vested in 2010."*

**Typical Charges:** Respondents were instructed to respond *"only if you have been personally responsible for a representative sample of the type of work to which the question pertains, either as a service provider (an attorney in private practice) or as a purchaser of such services (corporate counsel)."* In thinking of a typical charge, respondents were directed to assume *"a typical case with no unusual complications,"* and asked *"what would you have expected to charge or be charged, in 2010, for legal services only (including search fees, but not including copy costs, drawing fees or government fees) in each of the following types of US matters?"* Respondents were also asked to indicate the type of fee primarily used in 2010 (i.e., fixed fee, hourly, other).

**Estimated Litigation Costs:** Respondents were instructed to respond to these questions *"only if you have personal knowledge either as a service provider or as a purchaser of such services of the costs incurred within the relatively recent past, for the type of work to which the question pertains. In each of the questions, 'total cost' is all costs, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses."* Respondents were further instructed to estimate these based on a single IP asset, such as one patent at issue or one trademark.

**Location:**  The metropolitan areas of Boston, New York City, Philadelphia, Washington (DC-MD-VA), Chicago, and Minneapolis–St. Paul include all localities—central city and surrounding areas—within the primary metropolitan statistical area.  One state—Texas—had sufficiently large numbers of respondents to be reported separately.  There were sufficient responses to breakout Los Angeles and San Francisco separately; California firms outside of those metro areas were included in "Other West." Other categories exclude those named metropolitan areas.

| LOCATION | | |
|---|---|---|
| **METROPOLITAN AREAS** | **PERCENT** | **COUNT** |
| Boston CMSA* | 4.7% | 120 |
| New York City CMSA* | 8.8% | 227 |
| Philadelphia CMSA* | 3.8% | 98 |
| Washington, DC CMSA* | 16.5% | 424 |
| Other East: Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, and West Virginia | 6.3% | 162 |
| Metro Southeast: Raleigh–Durham, Greensboro–Winston-Salem, and Charlotte, NC; Atlanta, GA; and Miami–Ft. Lauderdale–West Palm Beach, FL | 3.7% | 96 |
| Other Southeast:  North Carolina, South Carolina, Georgia, and Florida | 2.7% | 69 |
| Chicago CMSA* | 6.0% | 154 |
| Minneapolis–St. Paul PMSA** | 4.0% | 104 |
| Other Central:  Minnesota, North Dakota, South Dakota, Wisconsin, Michigan, Ohio, Indiana, Illinois, Iowa, Nebraska, Kansas, Missouri, Kentucky, Oklahoma, Arkansas, Louisiana, Mississippi, Alabama, and Tennessee | 16.8% | 432 |
| Texas | 6.6% | 171 |
| Los Angeles CMSA* | 3.2% | 83 |
| San Francisco CMSA* | 5.8% | 150 |
| Other West:  Montana, Wyoming, Colorado, New Mexico, Idaho, Utah, Nevada, Arizona, Washington, Oregon, California, Alaska, and Hawaii | 11.1% | 287 |
| *CMSA: Consolidated Metropolitan Statistical Area– a metro area with a population of one million or more.<br>**PMSA: Primary Metropolitan Statistical Area– a component of a CMSA. | | |

## RESPONDENT BACKGROUND

- A total of 2,577 individuals participated in the survey.
- Most survey participants were male (79.6%) and White/Caucasian (87.6%).
- Nearly three-quarters of all respondents (73.0%) were under the age of 50, with one-third ranging in age between 35 and 44.
- Other than a law degree, a more than one-third of all respondents (37.7%) reported holding an advanced degree such as a Masters or Ph.D.
- Private Firm, Partner and Private Firm, Associate represented just over half (51.5%) of all respondents, followed by Corporate IP Department, Attorney (12.2%), Solo Practitioner (8.7%), and Corporate IP Department, Head (7.2%) – all very similar to 2009.
- The vast majority (88.7%) of respondents had been admitted to the patent bar.
- Seven in 10 respondents (70.3%) had fewer than 20 year's experience practicing Intellectual Property Law, compared with 75.3% reported in the 2009 Economic Survey. 16.8% reported having fewer than 5 years' of IP law experience in 2010, down slightly from 19.8% for 2008. In 2008, there were more respondents with 7-9 years of experience than in 2010 (12.8% vs. 8.8%, respectively).
- The most prevalent IP technical specialization (representing over 50% of time) was mechanical (29.7%), followed by electrical, chemical, and computer software all ranging between 14.5% and 14.9%.
- Four in 10 respondents (40.1%) practiced in the Mid-Atlantic or New England area, including 16.5% in the Washington, DC, Consolidated Metropolitan Statistical Area (CMSA). The Other Central region represented 26.8%, and one in five (20.1%) were located in the West.
- Respondents reported similarly in 2008 and 2010 that they were not very likely to have changed employment, 87.0% vs. 88.7%, respectively. Of those who had changed employment in 2010 (11.7%), 4.5% had switched from one private firm to another private firm.

## TYPICAL COSTS OF LITIGATION

Survey participants were asked to provide cost estimates, *but only for the types of litigation they had personal knowledge of, either as a service provider (attorney in private practice) or as a purchaser (corporate counsel), and were engaged in recently*. "Total cost" was requested, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses.

The following table reports median litigation costs for <u>Patent Infringement</u>, <u>Trademark Infringement</u>, <u>Trademark Opposition/Cancellation</u>, <u>Copyright Infringement</u>, <u>Trade Secret Misappropriation</u>, <u>Two-Party Interference</u>, and <u>Inter Partes Reexamination</u>.

Median costs for Inter Partes Reexamination have experienced the most growth since 2009, while costs (median) for Two-Party Interference have actually decreased. Median litigation costs for patent infringement suits have not changed since 2009, all for the exception of cases with more than $25 million at risk inclusive, all costs, which has actually declined 9% when compared to 2009.

| MEDIAN LITIGATION COSTS | $000s | | | |
|---|---|---|---|---|
| | 2005 | 2007 | 2009 | 2011 |
| **PATENT INFRINGEMENT SUIT** | | | | |
| LESS THAN $1 MILLION AT RISK | | | | |
|   End of discovery | $350 | $350 | $350 | $350 |
|   Inclusive, all costs | 650 | 600 | 650 | 650 |
| $1-$25 MILLION AT RISK | | | | |
|   End of discovery | $1,250 | $1,250 | $1,500 | $1,500 |
|   Inclusive, all costs | 2,000 | 2,500 | 2,500 | 2,500 |
| MORE THAN $25 MILLION AT RISK | | | | |
|   End of discovery | $3,000 | $3,000 | $3,000 | $3,000 |
|   Inclusive, all costs | 4,500 | 5,000 | 5,500 | 5,000 |
| | | | | |
| **TRADEMARK INFRINGEMENT SUIT** | | | | |
| LESS THAN $1 MILLION AT RISK | | | | |
|   End of discovery | $200 | $150 | $175 | $200 |
|   Inclusive, all costs | 300 | 255 | 300 | 350 |
| $1-$25 MILLION AT RISK | | | | |
|   End of discovery | $400 | $350 | $400 | $425 |
|   Inclusive, all costs | 700 | 650 | 700 | 775 |
| MORE THAN $25 MILLION AT RISK | | | | |
|   End of discovery | $750 | $600 | $750 | $1,000 |
|   Inclusive, all costs | 1,250 | 1,250 | 1,400 | 1,500 |
| | | | | |
| **TRADEMARK OPPOSITION/CANCELLATION** | | | | |
|   End of discovery | $50 | $50 | $50 | $50 |
|   Inclusive, all costs | 80 | 75 | 80 | 90 |
| | | | | |
| **COPYRIGHT INFRINGEMENT SUIT** | | | | |
| LESS THAN $1 MILLION AT RISK | | | | |
|   End of discovery | $138 | $150 | $150 | $200 |
|   Inclusive, all costs | 250 | 290 | 300 | 350 |
| $1-$25 MILLION AT RISK | | | | |
|   End of discovery | $250 | $350 | $350 | $400 |
|   Inclusive, all costs | 440 | 500 | 600 | 700 |
| MORE THAN $25 MILLION AT RISK | | | | |
|   End of discovery | $550 | $550 | $750 | $750 |
|   Inclusive, all costs | 975 | 1,000 | 1,100 | 1,375 |

**MEDIAN LITIGATION COSTS** (CONTINUED)

|  | $000s | | | |
|---|---|---|---|---|
|  | 2005 | 2007 | 2009 | 2011 |
| **TRADE SECRET MISAPPROPRIATION SUIT** | | | | |
| LESS THAN $1 MILLION AT RISK | | | | |
|   End of discovery | $200 | $200 | $250 | $250 |
|   Inclusive, all costs | 300 | 350 | 400 | 425 |
| $1-$25 MILLION AT RISK | | | | |
|   End of discovery | $500 | $500 | $600 | $700 |
|   Inclusive, all costs | 1,000 | 800 | 1,000 | 1,000 |
| MORE THAN $25 MILLION AT RISK | | | | |
|   End of discovery | $1,000 | $1,000 | $1,225 | $1,360 |
|   Inclusive, all costs | 2,000 | 1,750 | 2,250 | 2,500 |
| **TWO-PARTY INTERFERENCE** | | | | |
|   End of discovery | $300 | $200 | $200 | $175 |
|   Inclusive, all costs | 600 | 450 | 463 | 338 |
| **INTER PARTES REEXAMINATION** | | | | |
|   Through filing request | $20 | $15 | $25 | $35 |
|   Inclusive of first patent owner response | 30 | 27 | 38 | 50 |
|   Inclusive of all patent owner responses | 40 | 43 | 55 | 75 |
|   Inclusive of an appeal to the board | 52 | 73 | 80 | 100 |
|   Inclusive of an appeal to federal court | 95 | 150 | 188 | 200 |

## ESTIMATED TOTAL COST OF A PATENT INFRINGEMENT SUIT (P. I-153 to I-156, Q42a-Q42f)



AIPLA Report of the Economic Survey 2011
36

## Total Costs: Litigation-Patent Infringement by Location

### Litigation-Patent Infringement <$1M End of Discovery (000s) by Location (Q42a)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash. DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 316 | 17 | 30 | 17 | 40 | 17 | 15 | 8 | 33 | 11 | 54 | 28 | 14 | 12 | 20 |
| Mean (Average) | $490 | $492 | $507 | $674 | $541 | $615 | $377 | $486 | $635 | $545 | $334 | $488 | $468 | $504 | $343 |
| First Quartile 25% | $200 | $250 | $100 | $225 | $213 | $150 | $175 | $288 | $150 | $300 | $150 | $250 | $288 | $275 | $125 |
| Median (Midpoint) | $350 | $400 | $325 | $300 | $300 | $400 | $500 | $450 | $500 | $450 | $250 | $475 | $375 | $400 | $350 |
| Third Quartile 75% | $500 | $675 | $500 | $900 | $750 | $625 | $688 | $688 | $950 | $750 | $481 | $575 | $525 | $500 | $500 |

### Litigation-Patent Infringement <$1M Inclusive, all costs (000s) by Location (Q42b)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash. DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 317 | 17 | 30 | 17 | 40 | 17 | 16 | 8 | 34 | 11 | 54 | 28 | 14 | 11 | 20 |
| Mean (Average) | $916 | $858 | $963 | $1,069 | $983 | $1,335 | $969 | $900 | $1,203 | $895 | $567 | $1,019 | $764 | $1,036 | $597 |
| First Quartile 25% | $388 | $475 | $300 | $300 | $356 | $450 | $463 | $638 | $475 | $650 | $250 | $500 | $500 | $600 | $150 |
| Median (Midpoint) | $650 | $750 | $500 | $550 | $625 | $750 | $700 | $900 | $900 | $700 | $463 | $850 | $675 | $800 | $450 |
| Third Quartile 75% | $1,000 | $1,225 | $1,025 | $1,200 | $1,500 | $2,000 | $1,188 | $963 | $1,500 | $1,000 | $763 | $1,238 | $825 | $1,200 | $688 |

### Litigation-Patent Infringement $1-$25M End of Discovery (000s) by Location (Q42c)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash. DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 374 | 20 | 36 | 19 | 54 | 16 | 16 | 9 | 37 | 15 | 59 | 32 | 17 | 20 | 24 |
| Mean (Average) | $1,633 | $1,509 | $1,588 | $1,839 | $2,161 | $1,309 | $1,419 | $1,456 | $2,147 | $1,857 | $958 | $1,814 | $1,594 | $1,820 | $1,239 |
| First Quartile 25% | $750 | $925 | $600 | $500 | $863 | $550 | $663 | $625 | $1,450 | $1,200 | $400 | $1,000 | $725 | $1,050 | $413 |
| Median (Midpoint) | $1,500 | $1,375 | $1,200 | $1,500 | $2,000 | $775 | $1,125 | $1,000 | $2,000 | $1,750 | $750 | $1,600 | $1,500 | $2,000 | $825 |
| Third Quartile 75% | $2,000 | $1,950 | $2,000 | $2,000 | $3,000 | $1,500 | $2,375 | $2,500 | $2,750 | $2,500 | $1,500 | $2,500 | $2,000 | $2,475 | $1,688 |

# Total Costs: Litigation-Patent Infringement by Location

## Litigation-Patent Infringement $1-$25M Inclusive, all costs (000s) by Location (Q42d)

| | | | | | | | Location | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 375 | 20 | 38 | 19 | 51 | 16 | 16 | 8 | 37 | 15 | 60 | 32 | 17 | 21 | 25 |
| Mean (Average) | $2,769 | $2,683 | $3,200 | $2,689 | $3,242 | $2,316 | $2,648 | $2,575 | $3,528 | $3,167 | $1,790 | $3,119 | $2,632 | $3,152 | $2,017 |
| First Quartile 25% | $1,300 | $2,000 | $1,675 | $750 | $1,600 | $1,263 | $1,100 | $675 | $2,500 | $2,400 | $750 | $2,000 | $1,375 | $2,000 | $575 |
| Median (Midpoint) | $2,500 | $2,500 | $2,500 | $2,000 | $3,000 | $1,750 | $2,250 | $1,500 | $3,000 | $2,500 | $1,500 | $2,800 | $2,500 | $3,500 | $1,250 |
| Third Quartile 75% | $4,000 | $3,150 | $5,000 | $3,000 | $4,500 | $2,875 | $3,875 | $4,375 | $4,000 | $4,000 | $2,500 | $4,500 | $3,650 | $4,000 | $2,750 |

## Litigation-Patent Infringement >$25M End of Discovery (000s) by Location (Q42e)

| | | | | | | | Location | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 334 | 21 | 34 | 20 | 48 | 14 | 13 | 5 | 33 | 14 | 45 | 32 | 15 | 16 | 24 |
| Mean (Average) | $3,553 | $2,493 | $3,906 | $3,401 | $4,920 | $2,229 | $2,719 | $2,950 | $4,000 | $3,129 | $2,445 | $3,895 | $3,800 | $4,044 | $3,500 |
| First Quartile 25% | $1,500 | $1,750 | $1,475 | $750 | $2,500 | $963 | $1,000 | $1,625 | $2,125 | $1,938 | $750 | $2,000 | $800 | $2,500 | $850 |
| Median (Midpoint) | $3,000 | $2,000 | $3,000 | $3,000 | $4,000 | $1,600 | $1,500 | $2,500 | $3,000 | $2,900 | $2,000 | $3,600 | $3,500 | $4,500 | $2,625 |
| Third Quartile 75% | $5,000 | $3,000 | $5,000 | $4,000 | $6,000 | $3,125 | $4,000 | $4,500 | $5,000 | $3,750 | $4,875 | $5,500 | $5,500 | $5,000 | $5,750 |

## Litigation-Patent Infringement >$25M Inclusive, all costs (000s) by Location (Q42f)

| | | | | | | | Location | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 340 | 21 | 37 | 20 | 48 | 14 | 13 | 5 | 33 | 15 | 47 | 32 | 15 | 14 | 26 |
| Mean (Average) | $6,018 | $5,062 | $7,691 | $5,788 | $7,609 | $4,089 | $5,412 | $4,050 | $6,227 | $5,713 | $4,521 | $5,990 | $5,847 | $6,471 | $5,872 |
| First Quartile 25% | $3,000 | $3,050 | $3,500 | $1,050 | $4,000 | $1,875 | $1,750 | $2,625 | $3,500 | $4,000 | $2,000 | $3,000 | $3,500 | $4,150 | $1,238 |
| Median (Midpoint) | $5,000 | $4,000 | $5,500 | $4,250 | $6,000 | $4,000 | $5,000 | $4,000 | $5,000 | $5,000 | $4,000 | $5,625 | $5,500 | $6,000 | $4,000 |
| Third Quartile 75% | $7,500 | $5,500 | $10,000 | $6,375 | $9,875 | $5,625 | $9,000 | $5,500 | $8,000 | $7,000 | $6,000 | $7,500 | $6,500 | $7,625 | $10,000 |

## Total Costs: Litigation-Patent Infringement by Firm Type

### Litigation-Patent Infringement <$1M End of Discovery (000s) by Firm Type (Q42a)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 316 | 41 | 51 | 87 | 84 | 49 |
| Mean (Average) | $490 | $379 | $309 | $483 | $548 | $680 |
| First Quartile 25% | $200 | $118 | $125 | $250 | $250 | $200 |
| Median (Midpoint) | $350 | $300 | $250 | $400 | $400 | $500 |
| Third Quartile 75% | $500 | $500 | $400 | $500 | $638 | $900 |

### Litigation-Patent Infringement <$1M Inclusive, all costs (000s) by Firm Type (Q42b)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 317 | 41 | 50 | 88 | 85 | 49 |
| Mean (Average) | $916 | $713 | $552 | $877 | $999 | $1,391 |
| First Quartile 25% | $388 | $250 | $250 | $500 | $500 | $375 |
| Median (Midpoint) | $650 | $500 | $500 | $700 | $750 | $900 |
| Third Quartile 75% | $1,000 | $975 | $750 | $1,000 | $1,250 | $2,000 |

### Litigation-Patent Infringement $1-$25M End of Discovery (000s) by Firm Type (Q42c)

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 374 | 35 | 53 | 95 | 116 | 69 |
| Mean (Average) | $1,633 | $1,064 | $852 | $1,473 | $2,071 | $2,004 |
| First Quartile 25% | $750 | $350 | $375 | $750 | $1,250 | $1,000 |
| Median (Midpoint) | $1,500 | $600 | $600 | $1,000 | $1,900 | $1,700 |
| Third Quartile 75% | $2,000 | $1,500 | $1,350 | $2,000 | $2,675 | $2,750 |

## Total Costs: Litigation-Patent Infringement by Firm Type

**Litigation-Patent Infringement $1-$25M Inclusive, all costs (000s) by Firm Type (Q42d)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 375 | 36 | 52 | 96 | 115 | 70 |
| Mean (Average) | $2,769 | $1,418 | $1,437 | $2,664 | $3,304 | $3,705 |
| First Quartile 25% | $1,300 | $500 | $613 | $1,500 | $2,000 | $2,375 |
| Median (Midpoint) | $2,500 | $1,000 | $1,150 | $2,500 | $3,000 | $3,000 |
| Third Quartile 75% | $4,000 | $2,438 | $2,000 | $3,925 | $4,000 | $4,625 |

**Litigation-Patent Infringement >$25M End of Discovery (000s) by Firm Type (Q42e)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 334 | 30 | 37 | 86 | 111 | 66 |
| Mean (Average) | $3,553 | $3,213 | $1,896 | $2,928 | $4,262 | $4,318 |
| First Quartile 25% | $1,500 | $575 | $675 | $1,500 | $2,500 | $2,000 |
| Median (Midpoint) | $3,000 | $1,500 | $1,200 | $2,500 | $4,000 | $3,000 |
| Third Quartile 75% | $5,000 | $4,250 | $3,000 | $4,000 | $5,000 | $5,125 |

**Litigation-Patent Infringement >$25M Inclusive, all costs (000s) by Firm Type (Q42f)**

|  | Total | 1-3 Attorneys | 4-15 Attorneys | 16-59 Attorneys | 60 or more Attorneys | All Corporate |
|---|---|---|---|---|---|---|
| Number of Respondents | 340 | 30 | 36 | 87 | 110 | 73 |
| Mean (Average) | $6,018 | $3,944 | $3,042 | $5,466 | $6,818 | $7,884 |
| First Quartile 25% | $3,000 | $1,200 | $1,225 | $2,800 | $3,925 | $4,000 |
| Median (Midpoint) | $5,000 | $3,000 | $2,600 | $5,000 | $6,000 | $6,500 |
| Third Quartile 75% | $7,500 | $5,000 | $5,000 | $7,000 | $8,000 | $10,000 |