**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : | |
| Defendant. | : | |

## **NOTICE**

     **AND NOW**, this 1st day of December, 2011, the status conference scheduled for **Tuesday, December 6, 2011** will begin at **10:30 a.m.**, and not 9:30 a.m.

                                    /s/ Carole J. Ludwig
                                    _____
                                    Carole J. Ludwig, Deputy Clerk
                                    Judge Mitchell S. Goldberg