# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., <br>         Plaintiffs, <br><br>         v. <br><br> CEPHALON, INC., et al., <br>         Defendants. | CIVIL ACTION <br><br><br> No. 2:06-cv-1797 |
| VISTA HEALTHPLAN, INC., et al., <br>         Plaintiffs, <br><br>         v. <br><br> CEPHALON, INC., et al., <br>         Defendants. | CIVIL ACTION <br><br><br> No. 2:06-cv-1833 |
| APOTEX, INC., <br>         Plaintiff, <br><br>         v. <br><br> CEPHALON, INC., et al., <br>         Defendants. | CIVIL ACTION <br><br><br> No. 2:06-cv-2768 |
| FEDERAL TRADE COMMISSION, <br>         Plaintiff, <br><br>         v. <br><br> CEPHALON, INC., <br>         Defendant. | CIVIL ACTION <br><br><br> No. 2:08-cv-2141 |

## NOTICE

**AND NOW**, this 2nd day of December, 2011, the status conference scheduled for **Tuesday, December 6, 2011 at 10:30 a.m.** will be heard in Courtroom **11B**.

/s/ Carole J. Ludwig
_____
Carole J. Ludwig, Deputy Clerk
Judge Mitchell S. Goldberg