# Ex. B

# (Cephalon Email)

## Sodikoff, Brian

| | |
|---|---|
| **From:** | Gunther, Jr., Robert J. [Robert.Gunther@wilmerhale.com] |
| **Sent:** | Monday, October 18, 2010 10:42 AM |
| **To:** | Sodikoff, Brian |
| **Cc:** | Barabas, James; Muir, Ryann M; Esrick, Daniel; Ford, Mark; USR-Modafinil; hlanger@langergrogan.com |
| **Subject:** | RE: Apotex v. Cephalon |

Brian:

We have now had an opportunity to consider your proposal and to discuss it with our client.  We believe that the inequitable conduct claim should continue to be a part of the March patent trial and that it should not be moved to the antitrust portion of the case.

Regards,

Bob

---

**From:** Sodikoff, Brian [mailto:brian.sodikoff@kattenlaw.com]
**Sent:** Monday, October 11, 2010 3:24 PM
**To:** Sodikoff, Brian; Gunther, Jr., Robert J.
**Cc:** Barabas, James; Muir, Ryann M; Esrick, Daniel; Ford, Mark; USR-Modafinil; hlanger@langergrogan.com
**Subject:** RE: Apotex v. Cephalon

Bob or Mark,

We have not heard back from you on this issue.  Can you please let us know when we can expect a response?

Thanks,

Brian

**BRIAN SODIKOFF**
Attorney
**Katten Muchin Rosenman LLP**
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5462 f / (312) 577-4778
brian.sodikoff@kattenlaw.com / www.kattenlaw.com

---

**From:** Sodikoff, Brian
**Sent:** Tuesday, October 05, 2010 3:43 PM
**To:** 'Gunther, Jr., Robert J.'
**Cc:** Barabas, James; Muir, Ryann M; 'daniel.esrick@wilmerhale.com'; 'Ford, Mark'; USR-Modafinil; hlanger@langergrogan.com
**Subject:** RE: Apotex v. Cephalon

Bob (Gunther),

I tried calling this afternoon, but your assistant said you were away from the office.

Based on some of the comments made at the Markman hearing, we wanted to talk with you regarding potentially grouping the inequitable conduct issue with the antitrust action so we would have a bench trial in March on just invalidity and

infringement.  Please let us know your thoughts at your earliest convenience (as it could impact discovery scheduling on these issues).

Sincerely,

Brian

**BRIAN SODIKOFF**
Attorney
**Katten Muchin Rosenman LLP**
525 W. Monroe Street / Chicago, IL 60661-3693
p / (312) 902-5462 f / (312) 577-4778
brian.sodikoff@kattenlaw.com / www.kattenlaw.com

=============================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue
Service, any tax advice contained herein is not intended or written to be used and cannot be used
by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
=============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law.  If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction.  Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
=============================================================
NOTIFICATION:  Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has
elected to be governed by the Illinois Uniform Partnership Act (1997).
=============================================================