# Ex. E
(6-10-2011 Emails)

# WILMERHALE

**Mark A. Ford**

+1 617 526 6423(t)
+1 617 526 5000(f)
mark.ford@wilmerhale.com

June 10, 2011

*By E-mail*

Bradley S. Albert, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580

Joseph Opper, Esq.
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY 10036

Theodore M. Lieverman, Esq.
Spector Roseman Kodross & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Brian Sodikoff, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661-3693

Timothy J. Slattery, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580

Monica L. Rebuck, Esq.
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA 17101

Kevin B. Love, Esq.
Criden & Love, P.A.
7301 SW 57th Court, Suite 515
South Miami, FL 33143

Howard Langer, Esq.
Langer, Grogan & Diver P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103

Re:  King Drug Direct Purchaser Litigation – Civ. A. No. 06-1797
     Vista Healthplan End Payor Class Action – Civ. A. No. 06-1833
     Apotex Litigation – Civ. A. No. 06-2768
     FTC Litigation – Civ. A. No. 08-2141

Dear Counsel:

Pursuant to the September 1, 2010 Joint Discovery Coordination Order and the March 8, 2011 Amended Scheduling Order in the above-referenced matters, Defendant Cephalon, Inc. ("Cephalon") has caused to be served today the expert reports of Markus Antonietti, Joseph Baranski, Louis Berneman, David Bugay, Eugene Cooper, Gerald Dahling, James Hughes, Ian Karet, Allan Myerson, Janusz Ordover, Bruce Stangle, Edward Snyder, Bruce Stoner, Jr., Lynn Van Campen and Robert Williams, III.

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

US1DOCS 7965551v1

WILMERHALE

Bradley S. Albert Esq. *et al.*
June 10, 2011
Page 2

In addition, Cephalon designates and incorporates the expert reports of Gregory Bell, Mark Edwards, Paul Gardner, Jerry Hausman and Peter Ludwig served today by other defendants in this litigation.

Best regards,

Mark A. Ford

MAF/djk

cc: Nancy J. Gellman, Esq.
Karen N. Walker, Esq.
Gregory Skidmore, Esq.
Danielle R. Foley, Esq.
Lisa J. Fales, Esq.
C. Fairley Spillman, Esq.
Katherine M. Katchen, Esq.
Joseph Wolfson, Esq.
Nathan A. Read, Esq.

# STEVENS & LEE
#### LAWYERS & CONSULTANTS

620 Freedom Business Center
Suite 200
King of Prussia, PA 19406
(610) 205-6000  Fax (610) 337-4374
www.stevenslee.com

Direct Dial: (610) 205-6019
Email: jwo@stevenslee.com
Direct Fax: (610) 988-0808

June 10, 2011

**VIA ELECTRONIC MAIL**

Bradley S. Albert, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C.  20580

Timothy J. Slattery, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C.  20580

Joseph Opper, Esq.
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY  10036

Monica L. Rebuck, Esq.
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA  17101

Theodore M. Lieverman, Esq.
Spector Roseman Kodross & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

Kevin B. Love, Esq.
Criden & Love, P.A.
7301 SW 57th Court, Suite 515
South Miami, FL  33143

Brian Sodikoff, Esq.
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL  60661-3693

Howard Langer, Esq.
Langer, Grogan & Diver P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA  19103

Re:  *In re Modafinil Antitrust Litigation*

Dear Counsel:

     Pursuant to the September 1, 2010 Joint Discovery Coordination Order, and the March 8, 2011 Amended Scheduling Order in this action, Defendants Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals USA, Inc. (collectively "Teva") have caused to be served today the expert reports of Gregory Bell, Jerry Hausman, James Hughes, Janusz Ordover, and Bruce Stangle.  In addition, Teva designates and incorporates the expert reports of Markus Antonietti, Joseph Baranski, Louis Berneman, David Bugay, Eugene Cooper, Gerald Dahling, Mark

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster • Scranton
Williamsport • Wilkes-Barre • Princeton • Cherry Hill • New York • Wilmington
A PROFESSIONAL CORPORATION

SL1 1078815v1/030421.00214

# STEVENS & LEE
## LAWYERS & CONSULTANTS

Bradley S. Albert
Timothy J. Slattery
Joseph Opper
Monica L. Rebuck
Theodore M. Lieverman
Kevin B. Love
Brian Sodikoff
Howard Langer
June 10, 2011
Page 2


Edwards, Paul Gardner, Ian Karet, Peter Ludwig, Allan Myerson, Edward Snyder, Bruce Stoner, Lynn Van Campen, and Robert Williams, served today by other defendants in this action.

                                        Sincerely yours,

                                        STEVENS & LEE

                                        */s/ Joseph Wolfson*

                                        Joseph Wolfson


cc:     Mark A. Ford
         Nancy J. Gellman
         Danielle R. Foley
         Lisa J. Fales
         C. Fairley Spillman
         Katherine M. Katchen
         Karen N. Walker
         Greg Skidmore

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Eunnice H. Eun
To Call Writer Directly:
(202) 879-5159
eunnice.eun@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

June 10, 2011

**Via E-mail**

Bradley S. Albert
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C.  20580

Joseph Opper
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY  10036

Theodore M. Lieverman
Spector Roseman Kodross & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

Brian Sodikoff
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL  60661-3693

Timothy J. Slattery
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C.  20580

Monica L. Rebuck
Hangley Aronchick Segal & Pudlin
30 North Third Street, Suite 700
Harrisburg, PA  17101

Kevin B. Love
Criden & Love, P.A.
7301 SW 57th Court, Suite 515
South Miami, FL  33143

Howard Langer
Langer, Grogan & Diver P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA  19103

Re:   *In re Modafinil Antitrust Litigation*

Dear Counsel:

Pursuant to the September 1, 2010 Joint Discovery Coordination Order, and the March 8, 2011 Amended Scheduling Order in this action, Defendant Barr Pharmaceuticals, Inc. ("Barr") has caused to be served today the expert reports of Gregory Bell, Jerry Hausman, James Hughes, Janusz Ordover, and Bruce Stangle. In addition, Barr designates and incorporates the expert reports of Markus Antonietti, Joseph Baranski, Louis Berneman, David Bugay, Eugene Cooper, Gerald Dahling, Mark Edwards, Paul Gardner, Ian Karet, Peter Ludwig, Allan Myerson, Edward Snyder, Bruce Stoner, Lynn Van Campen, and Robert Williams, served today by other defendants in this action.

## KIRKLAND & ELLIS LLP

Bradley S. Albert
Timothy J. Slattery
Joseph Opper
Monica L. Rebuck
Theodore M. Lieverman
Kevin B. Love
Brian Sodikoff
Howard Langer
June 10, 2011
Page 2

Sincerely,

*[signature]*

Eunnice H. Eun

cc:  Karen N. Walker, P.C.
     Mark A. Ford
     Nancy J. Gellman
     Danielle R. Foley
     Lisa J. Fales
     C. Fairley Spillman
     Katherine M. Katchen
     Joseph Wolfson
     Nathan A. Read

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

C. FAIRLEY SPILLMAN
202.887.4409/fax: 202.887.4288
fspillman@akingump.com

June 10, 2011

*VIA E-MAIL*

| | |
|---|---|
| Bradley S. Albert<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20580 | Timothy J. Slattery<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20580 |
| Joseph Opper<br>Garwin Gerstein & Fisher LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036 | Monica L. Rebuck<br>Hangley Aronchick Segal & Pudlin<br>30 North Third Street, Suite 700<br>Harrisburg, PA 17101 |
| Theodore M. Lieverman<br>Spector Roseman Kodross & Willis, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 | Kevin B. Love<br>Criden & Love, P.A.<br>7301 SW 57th Court, Suite 515<br>South Miami, FL 33143 |
| Brian Sodikoff<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL 60661-3693 | Howard Langer<br>Langer, Grogan & Diver P.C.<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA 19103 |

Re: *King Drug Co. of Florence Inc. et al. v. Cephalon, Inc. et al.,* 06-cv-1797
*Vista Healthplan, Inc. v. Cephalon, Inc. et al.,* 06-cv-1833
*Apotex Inc. v. Cephalon, Inc. et al.,* 06-cv-2768

Dear Counsel:

Pursuant to the September 1, 2010 Joint Discovery Coordination Order, and the March 8, 2011 Amended Scheduling Order in the actions, Defendants Mylan Inc. (formerly known as Mylan Laboratories, Inc.) and Mylan Pharmaceuticals Inc. (collectively "the Mylan Defendants") have caused to be served today the expert reports of Gregory Bell, Mark Edwards, Paul Gardner, James Hughes, Janusz Ordover, and Bruce Stangle. In addition, the Mylan Defendants designate and incorporate the expert reports of Markus Antonietti, Joseph Baranski,

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

To Counsel:
June 10, 2011
Page 2

Louis Berneman, David Bugay, Eugene Cooper, Gerald Dahling, Jerry Hausman, Ian Karet, Peter Ludwig, Allan Myerson, Edward Snyder, Bruce Stoner, Lynn Van Campen, and Robert Williams, served today by other defendants in these actions.

Sincerely,

C. Fairley Spillman



575 SEVENTH STREET NW   WASHINGTON, DC 20004
T 202.344.4000   F 202.344.8300   www.Venable.com

T (202) 344-8274
F (202) 344-8300
schoi@venable.com

June 10, 2011

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Bradley S. Albert<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20580 | Timothy J. Slattery<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20580 |
| Joseph Opper<br>Garwin Gerstein & Fisher LLP<br>1501 Broadway, Suite 1416<br>New York, NY  10036 | Monica L. Rebuck<br>Hangley Aronchick Segal & Pudlin<br>30 North Third Street, Suite 700<br>Harrisburg, PA  17101 |
| Theodore M. Lieverman<br>Spector Roseman Kodross & Willis, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103 | Kevin B. Love<br>Criden & Love, P.A.<br>7301 SW 57th Court, Suite 515<br>South Miami, FL  33143 |
| Brian Sodikoff<br>Katten Muchin Rosenman LLP<br>525 W. Monroe St.<br>Chicago, IL  60661-3693 | Howard Langer<br>Langer, Grogan & Diver P.C.<br>1717 Arch Street, Suite 4130<br>Philadelphia, PA  19103 |

     Re: *In re Modafinil Antitrust Litigation*

Dear Counsel:

  Pursuant to the September 1, 2010 Joint Discovery Coordination Order, and the March 8, 2011 Amended Scheduling Order in this action, Defendants Ranbaxy Pharmaceuticals, Inc. and Ranbaxy Laboratories Limited (collectively, "Ranbaxy") have caused to be served today the expert reports of Peter Ludwig, Gregory Bell, James Hughes, Janusz Ordover, and Bruce Stangle.  In addition, Ranbaxy designates and incorporates the expert reports of Jerry Hausman, Markus Antonietti, Joseph Baranski, Louis Berneman, David Bugay, Eugene Cooper, Gerald Dahling, Mark Edwards, Paul Gardner, Ian Karet, Allan Myerson, Edward Snyder, Bruce Stoner, Lynn Van Campen, and Robert Williams, served today by other defendants in this action.



Bradley S. Albert
Timothy J. Slattery
Joseph Opper
Monica L. Rebuck
Theodore M. Lieverman
Kevin B. Love
Brian Sodikoff
Howard Langer
June 10, 2011
Page 2

                                                              Sincerely,

                                                              Sarah Choi

cc:    Mark A. Ford
        Nancy J. Gellman
        Karen N. Walker
        C. Fairley Spillman
        Katherine M. Katchen
        Joseph Wolfson
        Nathan A. Read