IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., *et al.*, | ) ) ) ) | |
| *Plaintiffs* | ) ) | No. 2:06-cv-1797 |
| v. | ) ) | |
| CEPHALON, INC., *et al.*, | ) ) | |
| *Defendants* | ) ) | |
| VISTA HEALTHPLAN, INC., *et al.*, | ) ) ) | |
| *Plaintiffs* | ) ) | No. 2:06-cv-1833 |
| v. | ) ) | |
| CEPHALON, INC., *et al.*, | ) ) | |
| *Defendants* | ) ) | |
| APOTEX, INC., | ) ) ) | |
| *Plaintiff* | ) ) | No. 2:06-cv-2768 |
| v. | ) ) | |
| CEPHALON, INC., *et al.*, | ) ) | |
| *Defendants* | ) ) | |

**[PROPOSED] ORDER DENYING PLAINTIFFS' PRECLUSION MOTIONS**

Upon consideration of the Direct Purchaser Plaintiffs' Motion to Preclude Defendants from Relitigating Issues Relating to the Validity and Enforceability of

the RE '516 Patent and Memorandum of Law in support thereof, the End-Payor Plaintiffs' Notice of Motion for Application of Collateral Estoppel and Memorandum of Law in support thereof, Apotex's Memorandum on the Preclusive Effect of the Patent Decisions on the Parties to Civil Action No. 2:06-CV-2768, and the Oppositions thereto, **IT IS HEREBY ORDERED** that the Motions are **DENIED**.

Dated: _____, 2012              _____
                                              Honorable Mitchell S. Goldberg
                                              United States District Judge