**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE INC. et al., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 06-cv-1797 |
| v. | : : | |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., et al., | : : | |
| Plaintiffs, | : : | CIVIL ACTION No. 06-cv-1833 |
| v. | : : | |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| APOTEX, INC., | : : | |
| Plaintiff, | : : | CIVIL ACTION No. 06-cv-2768 |
| v. | : : | |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : : | |
| Plaintiff, | : : | CIVIL ACTION No. 08-cv-2141 |
| v. | : : | |
| CEPHALON, INC., | : : | |
| Defendant. | : | |

---

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2012, upon consideration of (1) Apotex's Memorandum on the Preclusive Effect of the Patent Decisions on the Parties to Civil Action No. 2:06-CV-2768 (Dkt. No. 524),[1] (2) Plaintiff Federal Trade Commission's Motion on the Preclusive Effect of the Court's Decision Invalidating the '516 Patent, No. 08-CV-2141 (Dkt. No. 177), (3) Direct Purchaser Plaintiffs' Motion to Preclude Defendants from Relitigating Issues Relating to the Validity and Enforceability of the RE'516 Patent, No. 06-CV-1797 (Dkt. No. 459), and (4) End-Payor Plaintiffs' Notice of Motion for Application of Collateral Estoppel, No. 06-CV-1833 (Dkt. No. 199), and the responses thereto, **IT IS ORDERED** that the Motions are **DENIED**.

 

                                                                                           _____
                                                                                           Mitchell S. Goldberg, J.

---

[1] Apotex did not file a motion with its Memorandum.