## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:06-cv-2768 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW**, this 7th day of March, 2012, upon consideration of Plaintiff's Motion For Leave to File a Combined Reply (Doc. No. 531), to which Defendants have not responded, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to file Exhibit A to Plaintiff's motion as a Reply Memorandum in Support of (1) Apotex's Motion for Entry of Partial, Final Judgment (Doc. No.520) and (2) Apotex's Motion to Declare This an Exceptional Case (Doc. No. 518).

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**