## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al.,<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>CEPHALON, INC., et al.,<br>　　　　Defendants. | CIVIL ACTION<br><br><br>No. 2:06-cv-1797 |
| VISTA HEALTHPLAN, INC., et al.,<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>CEPHALON, INC., et al.,<br>　　　　Defendants. | CIVIL ACTION<br><br><br>No. 2:06-cv-1833 |
| APOTEX, INC.,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>CEPHALON, INC., et al.,<br>　　　　Defendants. | CIVIL ACTION<br><br><br>No. 2:06-cv-2768 |
| FEDERAL TRADE COMMISSION,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>CEPHALON, INC.,<br>　　　　Defendant. | CIVIL ACTION<br><br><br>No. 2:08-cv-2141 |

## NOTICE

**AND NOW**, this 9th day of April, 2012, a telephone conference is scheduled for **11:00 a.m., Thursday, April 12, 2012**. Counsel for Cephalon shall initiate the conference call prior to calling Chambers. Only one (1) counsel each for the Direct Purchaser Plaintiffs, End Payor Plaintiffs, Apotex, the FTC, Cephalon and the Generic Defendants may participate.

/s/ Carole J. Ludwig

_____
Carole J. Ludwig, Deputy Clerk
Judge Mitchell S. Goldberg