IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CEPHALON, INC., et al. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br><br>No. 2:06-cv-2768-MSG |

**CEPHALON'S UNOPPOSED MOTION FOR ENTRY OF PARTIAL FINAL JUDGMENT ON COUNTS I, II, III AND V OF APOTEX'S SECOND AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 58(d), Cephalon, Inc. ("Cephalon") hereby moves the Court for entry of partial final judgment under Federal Rule of Civil Procedure 54(b) on Counts I, II, III and V of Apotex's Second Amended Complaint. Apotex, Inc., does not oppose the relief sought herein

WHEREFORE, Cephalon respectfully requests that the Court enter the proposed form of judgment attached as Exhibit A.

Dated:  April 23, 2011	Respectfully submitted,

s/ James C. Burling
James C. Burling
Gregory P. Teran
Peter J. Kolovos
Daniel M. Esrick
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
T: 617-526-6000
F: 617-526-5000

Robert J. Gunther, Jr.
Omar A. Khan
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Tel:   212-230-8800
Fax:  212-230-8888

Nancy J. Gellman
CONRAD O'BRIEN PC
1515 Market Street, 16th Floor
Philadelphia, PA  19102-1921
Tel:   (215) 864-9600
Fax:  (215) 864-9620

*Attorneys for Defendant Cephalon Inc.*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CEPHALON, INC., <u>et al.</u><br><br>        Defendants. | CIVIL ACTION<br><br>No. 06-2768 MSG |

**PARTIAL FINAL JUDGMENT**

AND NOW, this ___ day of _____, 2012, it is hereby ORDERED THAT:

1.    Pursuant to Federal Rule of Civil Procedure 54(b), the Court hereby enters JUDGMENT for Plaintiff Apotex, Inc. on Counts I, II, III, and V of the Second Amended Complaint (Dkt. No. 195).

SO ORDERED.

BY THE COURT:

_____
Mitchell S. Goldberg, J.

## CERTIFICATE OF SERVICE

I certify that on the date set forth below Cephalon's Unopposed Motion For Entry Of Partial Final Judgment On Counts I, II, III and V Of Apotex's Second Amended Complaint and proposed Partial Final Judgment were electronically filed pursuant to the Court's CM/ECF system, and that those documents are available for downloading and viewing from the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.


Date:  April 23, 2012                                                                         /s/ Nancy J. Gellman