IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APOTEX, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CIVIL ACTION |
| CEPHALON, INC., et al. | ) ) | No. 06-2768 MSG |
| Defendants. | ) ) | |

**PARTIAL FINAL JUDGMENT**

AND NOW, this 25 day of Apr, 2012, it is hereby ORDERED THAT:

1. Pursuant to Federal Rule of Civil Procedure 54(b), the Court hereby enters JUDGMENT for Plaintiff Apotex, Inc. on Counts I, II, III, and V of the Second Amended Complaint (Dkt. No. 195).

SO ORDERED.

BY THE COURT:

_____
Mitchell S. Goldberg, J.