IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

APOTEX INC.

        C.A. 06-2768
        District Court Docket Number

vs.

CEPHALON, INC. ET AL

Notice of Appeal Filed __5/7/12__
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal _X_ Paid __Not Paid    __Seaman
    Docket Fee      _X_ Paid __Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

        Defendant's Address (for criminal appeals)

        Prepared by :  /s/ Mrs. Norman
                       Mrs. Norman
        Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm