IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., <br><br> Plaintiff, <br><br> v. <br><br> CEPHALON, INC., et al. <br><br> Defendants. | CIVIL ACTION <br><br> No. 2:06-cv-2768-MSG |

**CERTIFICATE PURSUANT TO FEDERAL RULE
OF APPELLATE PROCEDURE 10(b)(1)(B)**

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), Cephalon, Inc. certifies that, in conjunction with its appeal No. 2012-1417, now docketed in the United States Court of Appeals for the Federal Circuit, the full transcript is already on file.

Dated:  May 29, 2012                                  Respectfully submitted,

/s/ _James C. Burling_____
James C. Burling
Gregory P. Teran
Peter J. Kolovos
Daniel M. Esrick
WILMER CUTLER PICKERING
     HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: 617-526-6000
Fax: 617-526-5000

Robert J. Gunther, Jr.
Omar A. Khan
WILMER CUTLER PICKERING
     HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
Tel:   212-230-8800
Fax:  212-230-8888

Nancy J. Gellman
CONRAD O'BRIEN PC
1500 Market Street, Centre Square
West Tower, Suite 3900
Philadelphia, PA 19102-2100
T: 215-864-9600
F: 215-864-9620

*Attorneys for Defendant Cephalon Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 29, 2012, the foregoing Certificate Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B) was electronically filed pursuant to the Court's CM/ECF system, and that the document is available for downloading and viewing from the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the CM/ECF system.

/s/ _Nancy J. Gellman_____
Nancy J. Gellman