UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------x
APOTEX, INC..,                              :
        Plaintiff,
                                               :
    v.
                                               :
CEPHALON, INC., ET AL.,
                                               :     Civ. Action No. 06-CV-2768
        Defendant.
                                               :     <u>NOTICE OF CHANGE OF ADDRESS</u>
---------------------------------x

PLEASE TAKE NOTICE that effective July 17, 2012, the law firm of Wilmer Cutler Pickering Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York 10007. All facsimile and telephone numbers will remain the same.

Dated: New York, New York
       July 17, 2012

                                          WILMER CUTLER PICKERING HALE
                                            AND DORR LLP

                                            /s/ Robert J. Gunther, Jr._____
                                            Robert J. Gunther, Jr.
                                            7 World Trade Center
                                            New York, NY 10007
                                            (212) 230-8800
                                            (212) 230-8888 (fax)

US1DOCS 7373039v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr.