IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : | |
| Defendant. | : | |

## NOTICE

**AND NOW**, this 25th day of July, 2012, in light of the recent decision by the United States Court of Appeals for the Third Circuit in In re K-Dur Antitrust Litigation, Nos. 10-2077, 10-2078 and 10-2079, a telephone conference is scheduled for **2:00 p.m., Tuesday, August 7, 2012**. Counsel for Cephalon shall initiate the conference call prior to calling Chambers. Only one (1) counsel each for the Direct Purchaser Plaintiffs, End Payor Plaintiffs, Apotex, the FTC, Cephalon and the Generic Defendants may participate. No written submissions will be accepted in advance of the telephone conference.

/s/ Carole J. Ludwig

_____
Carole J. Ludwig, Civil Deputy to the
Honorable Mitchell S. Goldberg