**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE : | | |
| INC. *et al.*, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | No. 06-cv-1797 |
| v. | : | |
| | : | |
| CEPHALON, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | No. 06-cv-1833 |
| v. | : | |
| | : | |
| CEPHALON, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| APOTEX, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 06-cv-2768 |
| v. | : | |
| | : | |
| CEPHALON, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 08-cv-2141 |
| v. | : | |
| | : | |
| CEPHALON, INC., | : | |
| | : | |
| Defendant. | : | |

---

## JOINT STATUS REPORT

Pursuant to this Court's Order of August 29, 2012, the Parties submit the following joint report regarding the status of pending Supreme Court cases arising from *In re K-Dur* and *Federal Trade Commission v. Watson Pharmaceuticals, Inc.*

1.  ***Merck & Co., Inc. v. Louisiana Wholesale Drug Co., Inc., et al.*, No. 12-245 and *Upsher-Smith Laboratories, Inc. v. Louisiana Wholesale Drug Company, Inc., et al.*, No. 12-265 (petitions from *In re K-Dur Antitrust Litigation* in the Third Circuit)**

    Merck and Upsher-Smith filed petitions for writ of certiorari on August 24, 2012 and August 29, 2012, respectively.  Responses to both petitions are currently due by November 5, 2012.[1]

    Copies of the dockets for 12-245 and 12-265 are attached to this report as Exhibit A.

2.  ***Federal Trade Commission v. Watson Pharmaceuticals, Inc., et al.* No. 12-416 (petition from the decision of the Eleventh Circuit)**

    The FTC filed a petition for writ of certiorari on October 4, 2012.  A response to the petition is currently due on November 5, 2012.

    A copy of the docket is attached to this report as Exhibit B.


    Assuming that the respondents file their briefs on November 5 or 7, 2012, it is expected that the petitions will be distributed to the Court on November 20, 2012 and considered at the conference on December 7, 2012, with the announcement of the disposition of the petitions sometime thereafter.  These dates could change if the respondents' briefs are filed on some other date.

---

[1]      Respondents in *K-Dur* have requested a two-day extension (until November 7) to file their response to both petitions, and we understand the extension has been granted.

Respectfully submitted,

Counsel for Cephalon, Inc.

*/s/ Nancy J. Gellman*
Nancy J. Gellman                         James C. Burling
John A. Guernsey                         Peter A. Spaeth
CONRAD O'BRIEN PC                        Mark A. Ford
1500 Market Street                       WILMER CUTLER PICKERING
Centre Square                            HALE AND DORR LLP
West Tower, Suite 3900                   60 State Street
Philadelphia, PA 19102-2100              Boston, MA 02109
T: 215-864-9600                          T: 617-526-6000
F: 215-864-9620                          F: 617-526-5000


Counsel for Barr Laboratories, Inc.

*/s/ Karen N. Walker (with permission)*
Karen N. Walker
Gregory Skidmore
KIRKLAND AND ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005-5793
T: 202-879-5000
F: 202-879-5200


Counsel for Ranbaxy Laboratories, Ltd. and Ranbaxy Pharmaceuticals, Inc.

*/s/ Lisa Jose Fales (with permission)*
J. Douglas Baldridge
Lisa Jose Fales
Danielle Foley
VENABLE LLP
575 7th Street NW
Washington, DC 20004
T: 202-344-4000
F: 202-344-8300

Counsel for Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.

*/s/ C. Fairley Spillman (with permission)*
Paul B. Hewitt
C. Fairley Spillman
AKIN GUMP STRAUSS HAUER
& FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
T: 202-887-4000
F: 202-887-4288


Counsel for Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals, USA, Inc.

*/s/ Joseph E. Wolfson (with permission)*
Joseph E. Wolfson
STEVENS & LEE, P.C.
620 Freedom Business Center
Suite 200
King of Prussia, PA 19406
T: 610-205-6000
F: 610-337-4374


Counsel for the Federal Trade Commission

*/s/ Bradley S. Albert (with permission)*
Markus H. Meier
Bradley S. Albert
FEDERAL TRADE COMMISSION
601 New Jersey Ave NW
Washington, DC  20001
Tel: 202-326-3759
Fax: 202-326-3384

Counsel for Direct Purchasers

*/s/ Joseph Opper (with permission)*
GARWIN GERSTEIN & FISHER LLP
Bruce E. Gerstein
Joseph Opper
Kimberly Hennings
1501 Broadway, Suite 1416
New York, NY 10036
Tel: (212) 398-0055
Fax: (212) 764-6620
*Lead Counsel for Direct Purchaser Class*
*Plaintiff*s

ODOM & DES ROCHES, L.L.P.
Stuart E. Des Roches, Esq.
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
*Executive Committee Member*
*for Direct Purchaser Class Plaintiffs*

FARUQI & FARUQI LLP
Peter Kohn
101 Greenwood Avenue, Suite 600
Jenkintown, PA  19046
Tel: (215) 277-5770
Fax: (215) 277-5771
*Counsel for Rochester Drug Co-Operative,*
*Inc.*

HANGLEY ARONCHICK SEGAL PUDLIN
& SCHILLER
Monica L. Rebuck
4400 Deer Path Road, Suite 200
Harrisburg, PA 17110
Tel: (717) 364-1007
Fax: (717) 364-1020

*Counsel for Plaintiffs CVS Caremark*
*Corporation, Rite Aid Corporation, Rite Aid*
*HDQTRS. Corp, JCG (PJC) USA, LLC,*
*Eckerd Corporation and Maxi Drug, Inc. d/b/a*
*Brooks Pharmacy*

BERGER & MONTAGUE, P.C.
Daniel Berger, Esq.
David F. Sorensen, Esq.
Daniel C. Simons, Esq.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
*Liaison Counsel & Executive Committee*
*Member for Direct Purchaser Class Plaintiffs*

GRANT & EISENHOFER, P.A.
Linda P. Nussbaum
485 Lexington Ave.
New York, NY  10017
Tel: (646) 722-8500
Fax: (646) 722-8501
*Counsel for Plaintiffs Meijer Distribution, Inc.*
*and Executive Committee for Plaintiffs in the*
*King Drug Purchaser Action*

RODANAST, P.C.
Dianne M. Nast
Erin C. Burns
801 Estelle Drive
Lancaster, PA 17601
Tel: (717) 892-3000
Fax: (717) 892-1200
*Executive Committee Member*
*for Direct Purchaser Class Plaintiffs*

KENNY NACHWALTER, PA
Scott E. Perwin
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

*Counsel for Plaintiffs Walgreen Co., The*
*Kroger Co., Safeway Inc., American Sales*
*Company, Inc. and HEB Grocery Company,*
*LP*

Counsel for End-Payors:

*/s/ John A. Macoretta (with permission)*

John A. Macoretta
SPECTOR ROSEMAN KODROFF & WILLIS,
P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300
*Co-Lead Counsel for End-Payor Plaintiffs*

Joseph H. Meltzer
Terence S. Ziegler
BARROWAY TOPZ KESSLER MELTZER & CHECK
LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
*Liaison Counsel & Co-lead Counsel for
End-Payor Plaintiffs*

L. Kendall Satterfield
FINKELSTEIN, THOMPSON LLP
1050 30th Street, N.W.
Washington, D.C. 20007
(202) 337-8000

Kevin B. Love
CRIDEN & LOVE, P.A.
7301 SW 5th Court, Suite 515
South Miami, FL 33143
(305) 357-9000
*Co-Lead Counsel for End-Payor Plaintiffs*

Robert W. Sink
LAW OFFICES OF ROBERT W. SINK
319 W. Front Street
Media, PA 19063
(610) 566-0800

Counsel for Apotex, Inc.

*/s/ Alexander S. Vesselinovitch (with permission)*

Robert B. Breisblatt
Alexander S. Vesselinovitch
Brian J. Sodikoff
KATTEN MUCHIN ROSENMANN LLP
525 West Monroe Street
Chicago, IL  60661-3693
Tel: 312-902-5200
Fax: 312-902-1061

Howard I. Langer
LANGER & GROGAN P.C.
1717 Arch Street
Julie Suite 4130
Philadelphia, PA 19103
Tel: 215-320-5661
Fax: 215-320-5703

# EXHIBIT A



**SUPREME COURT**
OF THE UNITED STATES

No. 12-245
Vide 12-265
Title:                     Merck & Co., Inc., Petitioner

                          v.

                          Louisiana Wholesale Drug Company, Inc., et al.
Docketed:          August 24, 2012
Lower Ct:          United States Court of Appeals for the Third Circuit
  Case Nos.:       (10-2077, 10-2078, 10-2079, 10-4571)
  Decision Date:   August 16, 2012

~~~Date~~~  ~~~~~~~Proceedings  and  Orders~~~~~~~~~~~~~~~~~~~~~

Aug 24 2012  Petition for a writ of certiorari filed. (Response due September 24, 2012)
Sep 6 2012   Order extending time to file response to petition to and including October 24,
             2012, for all respondents.
Sep 10 2012  Consent to the filing of amicus curiae briefs in support of either party or neither
             party received from counsel for the petitioner.
Sep 24 2012  Brief amicus curiae of Pharmaceutical Research and Manufacturers of America
             (PhRMA) filed.
Sep 24 2012  Brief amicus curiae of Washington Legal Foundation filed. VIDED.
Sep 24 2012  Brief amicus curiae of New York Intellectual Property Law Association filed.
             VIDED.
Sep 24 2012  Appendix of amicus New York Intellectual Property Law Association filed.
             VIDED.
Sep 24 2012  Brief amici curiae of Bayer AG & Bayer Corp. filed. VIDED.
Oct 12 2012  Order further extending time to file response to petition to and including
             November 5, 2012.

---

~~Name~~~~~~~~~~~~~~~~~~~~    ~~~~~~~Address~~~~~~~~~~~~~~~~~    ~~Phone~~~
**Attorneys for Petitioner:**

Kannon K. Shanmugam          Williams & Connolly LLP          (202) 434-
                                                              5000
                             725 Twelfth Street, N.W.
                             Washington, DC  20005
                             kshanmugam@wc.com

  Party name: Merck & Co., Inc.
**Attorneys for Respondents:**

                                                              (202) 362-

| Thomas C. Goldstein<br>   Counsel of Record | Goldstein & Russell, P.C.<br>5225 Wisconsin Avenue, N.W., Suite 404<br>Washington, DC  20015<br>tg@goldsteinrussell.com | 0636 |

Party name: Louisiana Wholesale Drug Company, Inc., et al.

**Other:**

| Steven G. Bradbury | Dechert LLP<br><br>1775 I Street, NW<br>Washington, DC  20006<br>steven.bradbury@dechert.com | (202) 879-5000 |

Party name: Washington Legal Foundation

| Douglas Hallward-Driemeier | Ropes & Gray LLP<br><br>One Metro Center<br>700 12th Street, NW, Suite 900<br>Washington, DC  20005<br>Douglas.Hallward-Driemeier@ropesgray.com | (202) 508-4600 |

Party name: Pharmaceutical Research and Manufacturers of America (PhRMA)

| Charles E. Miller | New York Intellectual Property Law Association<br>c/o Dickstein Shapiro LLP<br>1633 Broadway<br>New York, NY  10019-6708<br>millercharles@dicksteinshapiro.com | (212)-277-6500 |

Party name: New York Intellectual Property Law Association

| Lawrence D. Rosenberg | Jones Day<br><br>51 Louisiana Avenue, NW<br>Washington, DC  20001<br>ldrosenberg@jonesday.com | (202) 879-3939 |

Party name: Bayer AG & Bayer Corp.



No. 12-265
Vide 12-245
Title:              Upsher-Smith Laboratories, Inc., Petitioner

                   v.

                   Louisiana Wholesale Drug Company, Inc., et al.
Docketed:          August 30, 2012
Lower Ct:          United States Court of Appeals for the Third Circuit
 Case Nos.:        (10-2077, 10-2078, 10-2079, 10-4571)
 Decision Date:    July 16, 2012

~~~Date~~~  ~~~~~~~Proceedings  and  Orders~~~~~~~~~~~~~~~~~~~~~~
Aug 29 2012  Petition for a writ of certiorari filed. (Response due October 1, 2012)
Sep 6 2012   Order extending time to file response to petition to and including October 24,
             2012, for all respondents.
Sep 24 2012  Brief amicus curiae of Washington Legal Foundation filed. VIDED.
Sep 24 2012  Brief amicus curiae of New York Intellectual Property Law Association filed.
             VIDED.
Sep 24 2012  Appendix of amicus New York Intellectual Property Law Association filed.
             VIDED.
Sep 24 2012  Brief amici curiae of Bayer AG & Bayer Corp. filed. VIDED.
Oct 1 2012   Brief amicus curiae of Generic Pharmaceutical Association filed.
Oct 12 2012  Order extending time to file response to petition to and including November 5,
             2012.

---

| ~~Name~~~~~~~~~~~~~~~~~~~~ | ~~~~~~Address~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| Jay P. Lefkowitz | Kirkland & Ellis LLP | (202) 879-5000 |
| | 655 Fifteenth Street NW | |
| | Washington, DC  20005 | |
| | jlefkowitz@kirkland.com | |
| Party name: Upsher-Smith Laboratories, Incorporated | | |
| **Attorneys for Respondents:** | | |
| Thomas C. Goldstein | Goldstein & Russell, P.C. | (202) 362-0636 |
| Counsel of Record | 5225 Wisconsin Avenue, N.W., Suite 404 | |

Washington, DC  20015

tg@goldsteinrussell.com

Party name: Louisiana Wholesale Drug Company, Inc., et al.

**Other:**

| | | |
|---|---|---|
| Steven G. Bradbury | Dechert LLP | (202) 879-5000 |
| | 1775 I Street, NW<br>Washington, DC  20006<br>steven.bradbury@dechert.com | |

Party name: Washington Legal Foundation

| | | |
|---|---|---|
| William M. Jay | Goodwin Proctor LLP | (292) 346-4000 |
| | 901 New York Avenue, NW<br>Washington, DC  20001<br>wjay@goodwinproctor.com | |

Party name: Generic Pharmaceutical Association

| | | |
|---|---|---|
| Charles E. Miller | New York Intellectual Property Law Association | (212)-277-6500 |
| | c/o Dickstein Shapiro LLP<br>1633 Broadway<br>New York, NY  10019-6708<br>millercharles@dicksteinshapiro.com | |

Party name: New York Intellectual Property Law Association

| | | |
|---|---|---|
| Lawrence D. Rosenberg | Jones Day | (202) 879-3939 |
| | 51 Louisiana Avenue, NW<br>Washington, DC  20001<br>ldrosenberg@jonesday.com | |

Party name: Bayer AG & Bayer Corp.

# EXHIBIT B



SUPREME COURT
OF THE UNITED STATES

No. 12-416
Title:          Federal Trade Commission, Petitioner

                v.

                Watson Pharmaceuticals, Inc., et al.
Docketed:       October 4, 2012
Lower Ct:       United States Court of Appeals for the Eleventh Circuit
  Case Nos.:    (10-12729-DD)
  Decision Date: April 25, 2012
  Rehearing
Denied:         July 18, 2012


~~~Date~~~    ~~~~~~~Proceedings  and  Orders~~~~~~~~~~~~~~~~~~~~~~
Oct 4 2012    Petition for a writ of certiorari filed. (Response due November 5, 2012)

---

~~Name~~~~~~~~~~~~~~~~~~~~~    ~~~~~~~Address~~~~~~~~~~~~~~~~~~    ~~Phone~~~
**Attorneys for Petitioner:**
Donald B. Verrilli Jr.                Solicitor General                           (202) 514-221?
   Counsel of Record                  United States Department of Justice
                                      950 Pennsylvania Avenue, N.W.
                                      Washington, DC  20530-0001
                                      SupremeCtBriefs@USDOJ.gov
  Party name: Federal Trade Commission