UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., <br>                    Plaintiffs, <br> vs. <br> CEPHALON, INC., et al., <br>                    Defendants. | Civil Action No. 2:06-cv-02768 <br> (Hon. Mitchell S. Goldberg) <br> [FILED ELECTRONICALLY] |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of William H. Rooney, Esquire, of the law firm of Willkie Farr & Gallagher, LLP, and Jeffrey B. Korn, Esquire, of the law firm of Willkie Farr & Gallagher, LLP, on behalf of defendants Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals USA, Inc. in the above captioned matter. Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals USA, Inc. will continue to be represented by Joseph E. Wolfson of Stevens & Lee, P.C.

Dated: December 14, 2012

WILLKIE FARR & GALLAGHER LLP

By: /s/ William H. Rooney
William H. Rooney
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
wrooney@willkie.com

*Attorney for Defendants Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals USA, Inc.*

8818230.1

                    By: _____
                              Jeffrey B. Korn
                              787 Seventh Avenue
                              New York, NY 10019
                              Tel: (212) 728-8000
                              Fax: (212) 728-8111
                              jkorn@willkie.com

*Attorney for Defendants Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals USA, Inc.*