IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CEPHALON, INC., *et al.* <br><br> *Defendants*. | Civil Action No. 2:06-cv-2768-MSG <br><br> <u>CONFIDENTIAL</u> – Filed under seal |

**APOTEX'S MOTION FOR LEAVE TO FILE ITS REPLY BRIEF IN SUPPORT OF ITS MOTION TO PRECLUDE EVIDENCE OR TO COMPEL DISCLOSURE OF <u>CEPHALON DOCUMENTS</u>**

Plaintiff Apotex Inc., by and through its counsel, hereby moves for leave to file the attached reply brief in support of its pending motion. In support therefore, Apotex states as follows:

1. Apotex filed its Motion and Memorandum of Law in Support on November 21, 2012 (Dkt. Nos. 567 and 568).

2. Cephalon filed its Memorandum of Law in Opposition on December 10, 2012 (Dkt. Nos. 569-570).

3. Counsel for Apotex requests that the Court permit filing of the attached proposed reply brief, which rebuts arguments and points raised in Cephalon's brief.

Respectfully submitted,

Plaintiff APOTEX, INC.

Dated:   December 24, 2012          By: /s/ Thomas J. Maas
                                                                          One of its Attorneys

                                                                          Robert B. Breisblatt
        Brian J. Sodikoff
        Alexander Vesselinovitch
        Thomas J. Maas
        KATTEN MUCHIN ROSENMAN LLP
        525 West Monroe Street
        Chicago, Illinois 60661-3693
        Phone: (312) 902-5200

        Howard Langer
        LANGER, GROGAN & DIVER P.C.
        1717 Arch Street
        Suite 4130
        Philadelphia, PA 19103
        Phone: (215) 320-5660

*Attorneys for Apotex, Inc.*

DRAFT 8/23/2012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., )<br>)<br>Plaintiff )<br>)<br>) CIVIL ACTION<br>v. )<br>) No. 2:06-cv-2768-MSG<br>CEPHALON, INC., et al. )<br>)<br>Defendants )<br>) | |

## CERTIFICATE OF SERVICE

I certify that on December 24, 2012, a copy of Apotex's Motion for Leave to File its Reply Brief in Support of its Motion to Preclude Evidence of to Compel Disclosure of Cephalon Documents was served via the Court's ECF system and via e-mail.

Dated: December 24, 2012

        /s/ Thomas J. Maas
Robert B. Breisblatt
Brian J. Sodikoff
Alexander Vesselinovitch
Thomas J. Maas
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Phone: (312) 902-5200

Howard Langer
LANGER GROGRAN & DIVER, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
Phone: (215) 320-5661

*Attorneys for Apotex, Inc.*