IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

APOTEX, INC.,

    *Plaintiff*,

v.

CEPHALON, INC., *et al.*

    *Defendants*.

Civil Action No. 2:06-cv-2768-MSG

## ORDER

Upon consideration of Plaintiff Apotex Inc.'s Motion for Leave to submit a reply brief, it is hereby ORDERED that the Motion for Leave is GRANTED, and that Apotex may file its reply brief. The Clerk shall enter and docket said reply brief (attached to Apotex's motion) in the Court's ECF filing system.

**IT IS SO ORDERED**.

BY THE COURT:

_____
Hon. Mitchell S. Goldberg