EX. N – FILED UNDER SEAL