EX. O – FILED UNDER SEAL