EX. P – FILED UNDER SEAL