EX. Q – FILED UNDER SEAL