## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC.,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CEPHALON, INC., et al.,<br>　　　　　　Defendants. | CIVIL ACTION<br><br>No. 2:06-cv-2768 |

### ORDER

**AND NOW,** this 2nd day of January, 2013, upon consideration of Plaintiff Apotex, Inc.'s "Motion for Leave to File Its Reply Brief in Support of its Motion to Preclude Evidence or to Compel Disclosure of Certain Documents" (Doc. No. 572), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to docket Exhibit 2 to Plaintiff's Motion (Doc. No. 572-2) as its Reply. The Clerk of Court shall docket the redacted version on ECF and the unredacted version under seal.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　**/s/ Mitchell S. Goldberg**
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**Mitchell S. Goldberg, J.**