# United States Court of Appeals for the Federal Circuit

APOTEX INC.,
*Plaintiff-Appellee,*

v.

CEPHALON, INC.,
*Defendant-Appellant,*

AND

BARR LABORATORIES, INC.,
MYLAN LABORATORIES, INC.,
TEVA PHARMACEUTICAL INDUSTRIES, LTD.,
TEVA PHARMACEUTICALS USA, INC.,
RANBAXY LABORATORIES, LTD., AND
RANBAXY PHARMACEUTICALS, INC.,
*Defendants.*

2012-1417

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 06-CV-2768, Judge Mitchell S. Goldberg.

**JUDGMENT**

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

April 8, 2013          /s/ Jan Horbaly
Date                    Jan Horbaly
                        Clerk