**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : | |
| VISTA HEALTHPLAN, INC., et al., Plaintiffs, | : : : | CIVIL ACTION |
| v. | : : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., Defendants. | : : : | |
| APOTEX, INC., Plaintiff, | : : : | CIVIL ACTION |
| v. | : : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., Defendants. | : : : | |
| FEDERAL TRADE COMMISSION, Plaintiff, | : : : | CIVIL ACTION |
| v. | : : | No. 2:08-cv-2141 |
| CEPHALON, INC., Defendant. | : : : | |

# ORDER

**AND NOW**, this 24th day of June, 2013, in light of the recent decision by the United States Supreme Court in <u>Federal Trade Commission v. Actavis, Inc.</u>, No. 12-416 (Jun. 17, 2013), it is **ORDERED** that a status conference with counsel will be held on **Thursday, July 11, 2013, at 2:00 p.m.** in a courtroom to be determined.

**IT IS FURTHER ORDERED THAT**:

1. One counsel for each party must attend the conference, but it is not necessary that all counsel identified on the dockets for these parties and receiving this Order be present;

2. Given the number of parties and lawyers involved, and the scheduling difficulties that would result if all counsels' schedules are considered, no continuance requests will be entertained;

3. Counsel shall contact Chambers at 267-299-7500 the day prior to the status conference for the courtroom assignment.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____

**Mitchell S. Goldberg, J.**