IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| APOTEX, INC., | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
|     v. | : | No. 2:06-cv-2768 |
| | : | |
| CEPHALON, INC., et al., | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 10th day of July, 2013, upon consideration of Defendant Cephalon, Inc.'s Motion for Leave to File a Surreply in Opposition to Apotex's Motion to Preclude Evidence or Compel Disclosure of Documents (Doc. No. 574), it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to file Exhibit A to Cephalon, Inc.'s Motion as its Surreply Brief.

                                            **BY THE COURT:**

                                            **/S/ Mitchell S. Goldberg**
                                            _____
                                            **Mitchell S. Goldberg, J.**