# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 11th day of July, 2013, following a status conference, it is **ORDERED** that counsel shall confer and submit to the Court, within **twenty (20) days**, a joint discovery and scheduling plan that includes: (1) a time period for any additional fact and expert discovery; (2) the scope of additional fact and expert discovery that should be permitted; (3) briefing schedules for class certification motions, issue preclusion motions, dispositive motions and other pretrial motions; and (4) a proposed trial date.  Counsel may also include scheduling suggestions for any other issue they deem appropriate.

To the extent the parties are unable to agree on any issue, they may submit a separate discovery plan that briefly states the subject of the disagreement, the bases for their positions and a proposed schedule.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**