**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| APOTEX, INC., | : | CIVIL ACTION |
|       Plaintiff, | : | |
| | : | |
|       v. | : | No. 2:06-cv-2768 |
| | : | |
| CEPHALON, INC., <u>et al</u>., | : | |
|       Defendants. | : | |

## <u>ORDER</u>

    **AND NOW**, this    day of July, 2013, upon consideration of Defendant Cephalon, Inc.'s

Unopposed Motion to Extend Time (Doc. No. 586), it is **ORDERED** that the Motion is

**GRANTED**, and Defendant Cephalon, Inc. may respond to Plaintiff Apotex, Inc.'s Second

Motion to Declare This an Exceptional Case and to Award Attorney's Fees on or before **August**

**1, 2013**.

                           **BY THE COURT:**

                           **/s/ Mitchell S. Goldberg**

                           _____
                           **Mitchell S. Goldberg, J.**