# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., | : CIVIL ACTION |
|     Plaintiff, | : |
|     v. | : No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : |
|     Defendants. | : |

## ORDER

**AND NOW**, this 2nd day of August, 2013, upon consideration of Plaintiff, Apotex, Inc.'s "Agreed Motion to Withdraw its Motion for Award of Attorneys' Fees and Costs" (Doc. No. 590), it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Apotex, Inc.'s Second Motion for Attorneys' Fees and Expenses and to Declare This an Exceptional Case (Doc. No. 580) ("Motion for Fees") is **WITHDRAWN**. If appropriate, pursuant to the terms of the parties' confidential resolution of the issues raised by the Motion for Fees, Apotex, Inc., may re-file its Motion for Fees within forty (40) days.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**