# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| VISTA HEALTHPLAN, INC., et al., | : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| APOTEX, INC., | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| FEDERAL TRADE COMMISSION, | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : : | |
| Defendant. | : : | |

**PRETRIAL SCHEDULING ORDER**

**AND NOW**, this 14th day of August, 2013, it is hereby **ORDERED** that:

1. All motions to compel unrelated to the supplemental discovery permitted by this Order shall be filed within **seven (7) days**.

2. All supplemental fact discovery must be completed by **October 25, 2013**. The scope of supplemental fact discovery may include:

    a. Updated sales data for Provigil, Nuvigil and generic modafinil products;

    b. Updated transactional data regarding purchases of Provigil and generic modafinil products by Direct Purchaser Plaintiffs;

    c. Updated plan documents regarding the End Payor Plaintiffs addressing Provigil or generic modafinil products;

    d. Updated discovery related to regulatory review and approval of modafinil Abbreviated New Drug Applications submitted by Apotex, Inc., or any of the Generic Defendants;

    e. Updated financial payments and performance under the agreements at issue;[1]

3. For purposes of supplemental fact discovery, depositions are limited to one seven-hour deposition of a corporate representative witness pursuant to Federal Rule of Civil Procedure 30(b)(6) per party or non-party.

4. Any supplemental expert reports a party wishes to rely upon are due by **November 8, 2013**. Supplemental expert reports may include:

---

[1] The request by the Federal Trade Commission for supplemental discovery regarding the corporate relationship between Teva Pharmaceuticals Industries Ltd., and Cephalon, Inc., will be addressed by separate Order.

2

    a. Updates made necessary by supplemental fact discovery conducted pursuant to Paragraph Two;

    b. Analyses of monetary and non-monetary remedies to account for changed factual circumstances or the standard recently set forth by the United States Supreme Court in <u>Federal Trade Commission v. Actavis, Inc.</u>, 133 S.Ct. 2223 (2013).

    c. A substitute expert report for the one previously submitted by Plaintiffs' expert, Jacques Warcoin.

5. Responses to supplemental expert reports are due by **November 29, 2013**.

6. All expert discovery, including depositions, shall be completed by **January 3, 2014.**

7. Any motions for summary judgment, including "issue preclusion" or collateral estoppel motions, which do not rely upon supplemental discovery permitted by this Order shall be filed on or before **September 20, 2013.**

    a. Responses to such motions shall be filed on or before **October 18, 2013**.

    b. Replies to such motions shall be filed on or before **November 1, 2013**.

8. All other motions for summary judgment, as well as any <u>Daubert</u> motions, shall be filed on or before **January 24, 2014**.

    a. Responses to such motions shall be filed on or before **February 14, 2014**

    b. Replies to such motions shall be filed on or before **February 28, 2014**.

9. Class certification motions in <u>Vista Healthplan, Inc., et al.</u>, Civ. No. 06-1833, and <u>King Drug Co. of Florence, Inc., et al.</u>, Civ. No. 06-1797, shall be filed on or before **March 21, 2014**.

    a. Responses to such motions shall be filed on or before **April 11, 2014.**

    b. Replies to such motions shall be filed on or before **April 25, 2014**.

10. These matters are referred to Magistrate Judge David R. Strawbridge for possible settlement. Magistrate Judge Strawbridge will contact counsel to commence that process.

11. A further scheduling order, which will include a firm trial date, will be issued following the Court's rulings on motions for summary judgment, <u>Daubert</u> motions and class certification motions.

    **BY THE COURT:**

    **/s/ Mitchell S. Goldberg**
    _____
    **Mitchell S. Goldberg, J.**