# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al. | : | CIVIL ACTION |
| v. | : | NO. 2:06-cv-1797 |
| CEPHALON, INC., et al. | : | |
| VISTA HEALTHPLAN, INC., et al. | : | CIVIL ACTION |
| v. | : | NO. 2:06-cv-1833 |
| CEPHALON, INC., et al. | : | |
| APOTEX, INC. | : | CIVIL ACTION |
| v. | : | NO. 2:06-cv-2768 |
| CEPHALON, INC., et al. | : | |
| FEDERAL TRADE COMMISSION | : | CIVIL ACTION |
| v. | : | NO. 2:08-cv-2141 |
| CEPHALON, INC. | : | |

## **NOTICE**

To:  Counsel of Record

TAKE NOTICE that a **Telephone Conference re: all matters related to settlement and scheduling of any settlement conference** is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Wednesday, August 28, 2013 at 4:30 p.m.** Counsel for Cephalon, Inc. is directed to initiate this call and dial/connect Chambers at 267-299-7790 into the conference once all counsel are on the line and ready to proceed.

/s/ Lori K. DiSanti
Lori K. DiSanti
Deputy Clerk
267-299-7790 - phone

Date:  8/20/13
-Notice filed via ECF