# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., *et al.*, | )<br>)<br>) |
| *Plaintiffs* | )  No. 2:06-cv-1797 |
| v. | ) |
| CEPHALON, INC., *et al.*, | ) |
| *Defendants* | ) |
| VISTA HEALTHPLAN, INC., *et al.*, | ) |
| *Plaintiffs* | )  No. 2:06-cv-1833 |
| v. | ) |
| CEPHALON, INC., *et al.*, | ) |
| *Defendants* | ) |
| APOTEX, INC., | ) |
| *Plaintiff* | )  No. 2:06-cv-2768 |
| v. | ) |
| CEPHALON, INC., *et al.*, | ) |
| *Defendants* | ) |

**NOTICE OF FILING UNDER SEAL**

In accordance with Paragraph 12 of the Stipulated Protective Order, Defendants Barr Laboratories, Inc.; Mylan Inc. (formerly known as Mylan Laboratories, Inc.) and Mylan Pharmaceuticals Inc.; Ranbaxy Laboratories, Ltd. and Ranbaxy Pharmaceuticals, Inc.; and Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. (collectively, the "Generic Defendants") hereby serve notice of the filing under seal of their Motion for Partial Summary Judgment on Plaintiffs' Claims of an Overall Conspiracy, and Memorandum and Statement of Undisputed Facts in support thereof.  Copies of the Generic Defendants' Motion, Memorandum, and Statement of Undisputed Facts are being served today upon counsel for all parties via electronic mail, and a paper copy will be filed with the Court under seal.

September 20, 2013                                             Respectfully submitted,

 /s/ Joseph Wolfson (with permission)                   /s/ Gregory L. Skidmore
Joseph Wolfson (ID #44431)                              Jay P. Lefkowitz, P.C.
STEVENS & LEE, P.C.                                     Karen N. Walker, P.C.
620 Freedom Business Center                             John C. O'Quinn
Suite 200                                               Gregory L. Skidmore
King of Prussia, PA  19406                              KIRKLAND & ELLIS LLP
(610) 205-6001                                          655 Fifteenth Street, NW
                                                        Washington, DC  20005
*Counsel for Teva Pharmaceutical Industries*            (202) 879-5000
*Ltd. and Teva Pharmaceuticals USA, Inc.*

                                                        Richard L. Scheff  (ID #35213)
                                                        MONTGOMERY, MCCRACKEN, WALKER &
                                                        RHOADS, LLP
                                                        123 South Broad Street
                                                        Philadelphia, PA  19109
                                                        (215) 772-7502

                                                        *Counsel for Barr Laboratories, Inc.*

 /s/ Paul B. Hewitt (with permission)                   /s/ J. Douglas Baldridge (with permission)
Katherine Menapace Katchen (ID #80395)                  J. Douglas Baldridge
Matthew R. Varzally (ID #93987)                         Lisa Jose Fales
AKIN GUMP STRAUSS HAUER & FELD LLP                      Danielle R. Foley
Two Commerce Square                                     VENABLE LLP
2001 Market Street, Suite 4100                          575 7th Street, NW
Philadelphia, PA  19103                                 Washington, DC  20004
(215) 965-1200                                          (202) 344-4000

Paul B. Hewitt                                          Anthony S. Volpe  (ID #24733)
C. Fairley Spillman                                     John J. O'Malley  (ID #68222)
AKIN GUMP STRAUSS HAUER & FELD LLP                      VOLPE AND KOENIG, P.C.
1333 New Hampshire Avenue, NW                           United Plaza, 30 South 17th Street
Washington, DC  20036                                   Philadelphia, PA 19103-4009
(202) 887-4000                                          (215) 568-6400

*Counsel for Mylan Inc. (formerly known as*             *Counsel for Ranbaxy Laboratories, Ltd. and*
*Mylan Laboratories, Inc.) and Mylan*                   *Ranbaxy Pharmaceuticals, Inc.*
*Pharmaceuticals Inc.*

2

## CERTIFICATE OF SERVICE

      The undersigned certifies that on the 20th day of September 2013 he caused to be filed the foregoing NOTICE OF FILING UNDER SEAL using the CM/ECF system, which will send e-mail notification of the filing to all counsel of record.

                                                                  */s/ Gregory L. Skidmore*
                                                            Attorney