IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al. | : : : | CIVIL ACTION |
| v. | : : | NO. 2:06-cv-1797 |
| CEPHALON, INC., et al. | : | |
| VISTA HEALTHPLAN, INC., et al. | : : | CIVIL ACTION |
| v. | : : | NO. 2:06-cv-1833 |
| CEPHALON, INC., et al. | : | |
| APOTEX, INC. | : : | CIVIL ACTION |
| v. | : : | NO. 2:06-cv-2768 |
| CEPHALON, INC., et al. | : | |
| FEDERAL TRADE COMMISSION | : : | CIVIL ACTION |
| v. | : : | NO. 2:08-cv-2141 |
| CEPHALON, INC. | : | |

## NOTICE

To: Counsel of Record

TAKE NOTICE that a **Telephone Conference re: settlement related matters** is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Wednesday, October 2, 2013 at 4:45 p.m.** Counsel for Cephalon, Inc. is directed to initiate this call and dial/connect Chambers at 267-299-7790 into the conference once all counsel are on the line and ready to proceed. Alternatively, a dial-in conference call can be arranged but all dial-in information should be sent out to the parties and the Court no later than 48 hours before the call.

/s/ Lori K. DiSanti
Lori K. DiSanti
Deputy Clerk
267-299-7790 - phone

Date: 9/25/13
-Notice filed via ECF