# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., | |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DANIEL M. ESRICK** |
| v. | |
| CEPHALON, INC., et al., | Civil No. 2:06-cv-2768-MSG |
| Defendants. | *Electronically filed* |

To the Clerk of this Court and all parties of record:

Please take notice, pursuant to L.R. 5.1(c), that as of October 1, 2013, Daniel M. Esrick will no longer be employed by Wilmer Cutler Pickering Hale and Dorr LLP and will no longer have any association with this case. Therefore, I respectfully request that his appearance in this case on behalf of Cephalon be withdrawn.

Wilmer Cutler Pickering Hale and Dorr LLP will remain as counsel of record for Cephalon.

Dated: October 1, 2013.         Respectfully submitted,

/s/ Robert J. Gunther
Robert J. Gunther
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Robert.Gunther@WilmerHale.com

*Counsel for Defendant Cephalon, Inc..*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2013, I served the foregoing document on all counsel of record via the Court's CM/ECF filing system.

/s/  Robert J. Gunther_
Robert J. Gunther