**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., Plaintiffs, v. CEPHALON, INC., et al., Defendants. | : : : : : : : : : | CIVIL ACTION No. 2:06-cv-1797 |
| VISTA HEALTHPLAN, INC., et al., Plaintiffs, v. CEPHALON, INC., et al., Defendants. | : : : : : : : : : | CIVIL ACTION No. 2:06-cv-1833 |
| APOTEX, INC., Plaintiff, v. CEPHALON, INC., et al., Defendants. | : : : : : : : : : | CIVIL ACTION No. 2:06-cv-2768 |
| FEDERAL TRADE COMMISSION, Plaintiff, v. CEPHALON, INC., Defendant. | : : : : : : : : : | CIVIL ACTION No. 2:08-cv-2141 |

# **ORDER**

**AND NOW**, this 18th day of October, 2013, in light of funding restoration for the Federal Trade Commission, it is **ORDERED** that the Clerk of Court **REOPEN** and **REMOVE** the above-referenced actions from the civil suspense file.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
───────────────────────────
**Mitchell S. Goldberg, J.**