**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 2:06-cv-1797 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 2:06-cv-1833 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:06-cv-2768 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:08-cv-2141 |
| | : | |
| CEPHALON, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 4th day of November, 2013, upon consideration of Cephalon's motion for leave to file a consolidated summary judgment opposition brief (Doc. Nos. 531, 245, 613, and 230, respectively), it is **ORDERED** that the motion is **GRANTED**:

  − Cephalon may file a consolidated opposition brief, not to exceed 65 pages, in response to the patent-related issues in the following four motions: (1) Direct Purchaser Class Plaintiffs' Motion for Partial Summary Judgment on the Patent Issues (No. 6-1797, Doc. No. 518); (2) End-Payor Plaintiffs' Motion for Partial Summary Judgment Against Cephalon (No. 6-1833, Doc. No. 233); (3) Plaintiff Apotex, Inc.'s Motion for Summary Judgment of Antitrust Liability (No. 6-2768, Doc. No. 601); and (4) Plaintiff Federal Trade Commission's Motion for Preclusion of Patent Issues, or in the Alternative, for Summary Judgment (No. 8-2141, Doc. No. 218).

  − Cephalon may also file the following: (a) a brief not to exceed 25 pages in response to the separate summary judgment motion filed by Direct Purchaser Plaintiffs concerning their Section 1 Sherman Act Antitrust conspiracy claim (No. 6-1797, Doc. No. 519); (b) a brief not to exceed 15 pages in response to the portion of Apotex's summary judgment motion concerning the market definition and monopoly power elements of Apotex's Sherman Act claims (No. 6-2768, Doc. No. 601); and (c) a brief not to exceed 15 pages in response to the portion of the End Payors' summary judgment motion concerning state law claims (No. 6-1833, Doc. No. 233).

− Direct Purchaser Plaintiffs, the End-Payor Plaintiffs, the Federal Trade

   Commission, and Plaintiff Apotex, Inc. may each file a reply brief (or briefs), not

   to exceed 20 pages total, in response to Cephalon's briefs. If any of the Plaintiffs

   feel that 20 pages is insufficient for a reply, leave of Court may be sought to

   exceed this page limit.


**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____

**Mitchell S. Goldberg, J.**