**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                    :

APOTEX, INC.,                   :       CIVIL ACTION
               Plaintiff,     :
                                    :
              v.              :       No. 2:06-cv-2768
                                    :

CEPHALON, INC., et al.,     :
               Defendants.   :
_____:

## ORDER

**AND NOW**, this 4th day of November, 2013, upon consideration of Cephalon's motion for leave to file a reply in support of its motion for leave to file a consolidated summary judgment opposition brief (Doc. No. 616), it is **ORDERED** that the motion is **GRANTED**. The Clerk is directed to file Exhibit 1 to Cephalon's motion as its reply.


**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____

**Mitchell S. Goldberg, J.**