IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE MODAFINIL ANTITRUST LITIGTION<br><br>THIS DOCUMENT RELATES TO:<br>APOTEX, INC. V. CEPHALON, INC.,<br>ET AL. | CASE NO. 06-cv-01797 |
|---|---|
| APOTEX, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>CEPHALON, INC., BARR LABORATORIES, INC., MYLAN LABORATORIES, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., RANBAXY LABORATORIES, LTD. AND RANBAXY PHARMACEUTICALS, INC.,<br><br>       Defendants. | CASE NO. 2:06-cv-2768 |

## ENTRY OF APPEARANCE

TO THE CLERK:

  Please enter the appearance of Peter E. Leckman as counsel for Plaintiff Apotex, Inc. in the above matter.

Dated: November 14, 2013    /s/ Peter E. Leckman
                Peter E. Leckman (PA. I.D. No. 312076)
                Langer Grogan & Diver, P.C.
                1717 Arch Street, Suite 4130
                Philadelphia, PA 19103
                (215) 320-5660 phone
                (215) 320-5703 fax
                pleckman@langergrogan.com
                Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I, Peter E. Leckman, certify that on this 14th day of November, 2013 I caused a true and correct copy of the foregoing Entry of Appearance to be served via the Court's ECF system.

/s/Peter E. Leckman
Peter E. Leckman