# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| APOTEX, INC., ) | |
| ) | |
| *Plaintiff* ) | Civil Action No. 2:06-cv-2768-MSG |
| ) | |
| v. ) | |
| ) | |
| CEPHALON, INC., *et al.*, ) | |
| ) | |
| *Defendants* ) | |

## NOTICE OF FILING UNDER SEAL

In accordance with Paragraph 12 of the Stipulated Protective Order, Defendants Barr Laboratories, Inc.; Mylan Inc. (formerly known as Mylan Laboratories, Inc.) and Mylan Pharmaceuticals Inc.; Ranbaxy Laboratories, Ltd. and Ranbaxy Pharmaceuticals, Inc.; and Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. (collectively, the "Generic Defendants") hereby serve notice of the filing under seal of their Response to Apotex's Statement of Material Facts In Support Of Its Motion For Partial Summary Judgment of Antitrust Liability and exhibits thereto. Copies of the Generic Defendants' Response and exhibits are being served today upon counsel for all parties via electronic mail, and a paper copy will be filed with the Court under seal.

November 18, 2013					Respectfully submitted,

 /s/ Joseph Wolfson (with permission)			 /s/ Gregory L. Skidmore
Joseph Wolfson (ID #44431)				Jay P. Lefkowitz, P.C.
STEVENS & LEE, P.C.					Karen N. Walker, P.C.
620 Freedom Business Center				John C. O'Quinn
Suite 200						Gregory L. Skidmore
King of Prussia, PA  19406				KIRKLAND & ELLIS LLP
(610) 205-6001						655 Fifteenth Street, NW
							Washington, DC  20005
*Counsel for Teva Pharmaceutical Industries*		(202) 879-5000
*Ltd. and Teva Pharmaceuticals USA, Inc.*

							Richard L. Scheff  (ID #35213)
							MONTGOMERY, MCCRACKEN, WALKER &
							RHOADS, LLP
							123 South Broad Street
							Philadelphia, PA  19109
							(215) 772-7502

							*Counsel for Barr Laboratories, Inc.*

 /s/ Paul B. Hewitt (with permission)			 /s/ J. Douglas Baldridge (with permission)
Katherine Menapace Katchen (ID #80395)			J. Douglas Baldridge
Matthew R. Varzally (ID #93987)				Lisa Jose Fales
AKIN GUMP STRAUSS HAUER & FELD LLP			Danielle R. Foley
Two Commerce Square					VENABLE LLP
2001 Market Street, Suite 4100				575 7th Street, NW
Philadelphia, PA  19103					Washington, DC  20004
(215) 965-1200						(202) 344-4000

Paul B. Hewitt						Anthony S. Volpe  (ID #24733)
C. Fairley Spillman					John J. O'Malley  (ID #68222)
AKIN GUMP STRAUSS HAUER & FELD LLP			VOLPE AND KOENIG, P.C.
1333 New Hampshire Avenue, NW				United Plaza, 30 South 17th Street
Washington, DC  20036					Philadelphia, PA 19103-4009
(202) 887-4000						(215) 568-6400

*Counsel for Mylan Inc. (formerly known as*		*Counsel for Ranbaxy Laboratories, Ltd. and*
*Mylan Laboratories, Inc.) and Mylan*			*Ranbaxy Pharmaceuticals, Inc.*
*Pharmaceuticals Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 18th day of November 2013 he caused to be filed the foregoing NOTICE OF FILING UNDER SEAL using the CM/ECF system, which will send e-mail notification of the filing to all counsel of record.

                                            */s/ Gregory L. Skidmore*
                                            Attorney