**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 2:06-cv-1797 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| | : | |
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 2:06-cv-1833 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:06-cv-2768 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| | : | |
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:08-cv-2141 |
| | : | |
| CEPHALON, INC., | : | |
| Defendant. | : | |

# AMENDED PRETRIAL SCHEDULING ORDER

**AND NOW**, this 3rd day of December, 2013, it is hereby **ORDERED** that:

1. The deadlines set forth in the October 22, 2013 pretrial scheduling order are **VACATED**.

2. All supplemental fact discovery must be completed by **November 25, 2013**. The scope of supplemental fact discovery may include:

    a. Updated sales data for Provigil, Nuvigil and generic modafinil products;

    b. Updated transactional data regarding purchases of Provigil and generic modafinil products by Direct Purchaser Plaintiffs;

    c. Updated plan documents regarding the End Payor Plaintiffs addressing Provigil or generic modafinil products;

    d. Updated discovery related to regulatory review and approval of modafinil Abbreviated New Drug Applications submitted by Apotex, Inc., or any of the Generic Defendants;

    e. Updated financial payments and performance under the agreements at issue;

3. For purposes of supplemental fact discovery, depositions are limited to one seven-hour deposition of a corporate representative witness pursuant to Federal Rule of Civil Procedure 30(b)(6) per party or non-party.

4. Any supplemental expert reports a party wishes to rely upon are due by **December 20, 2013**. Supplemental expert reports may include:

    a. Updates made necessary by supplemental fact discovery conducted pursuant to Paragraph Two;

b. Analyses of monetary and non-monetary remedies to account for changed factual circumstances or the standard recently set forth by the United States Supreme Court in <u>Federal Trade Commission v. Actavis, Inc.</u>, 133 S.Ct. 2223 (2013).

c. A substitute expert report for the one previously submitted by Plaintiffs' expert, Jacques Warcoin.

5. Responses to supplemental expert reports are due by **January 24, 2014**.

6. All expert discovery, including depositions, shall be completed by **February 28, 2014.**

7. Any motions for summary judgment, including "issue preclusion" or collateral estoppel motions, which do not rely upon supplemental discovery permitted by this Order shall be filed on or before **September 20, 2013.**

    a. Responses to such motions shall be filed on or before **November 18, 2013**.

    b. Replies to such motions shall be filed on or before **December 20, 2013**.

8. All other motions for summary judgment, as well as any <u>Daubert</u> motions, shall be filed on or before **March 14, 2014**.

    a. Responses to such motions shall be filed on or before **April 4, 2014**

    b. Replies to such motions shall be filed on or before **April 18, 2014**.

9. Class certification motions in <u>Vista Healthplan, Inc., et al.</u>, Civ. No. 06-1833, and <u>King Drug Co. of Florence, Inc., et al.</u>, Civ. No. 06-1797, shall be filed on or before **April 21, 2014**.

    a. Responses to such motions shall be filed on or before **May 12, 2014.**

    b. Replies to such motions shall be filed on or before **May 26, 2014**.

10. These matters are referred to Magistrate Judge David R. Strawbridge for possible

settlement. Magistrate Judge Strawbridge will contact counsel to recommence that process.

11. A further scheduling order, which will include a firm trial date, will be issued following the Court's rulings on motions for summary judgment, <u>Daubert</u> motions and class certification motions.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**