### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., *et al.*, | ) ) ) ) | |
| *Plaintiffs* | ) ) | No. 2:06-cv-1797 |
| v. | ) ) | |
| CEPHALON, INC., *et al.*, | ) ) | |
| *Defendants* | ) ) | |
| VISTA HEALTHPLAN, INC., *et al.*, | ) ) ) | |
| *Plaintiffs* | ) ) | No. 2:06-cv-1833 |
| v. | ) ) | |
| CEPHALON, INC., *et al.*, | ) ) | |
| *Defendants* | ) ) | |
| APOTEX, INC., | ) ) | |
| *Plaintiff* | ) ) | No. 2:06-cv-2768 |
| v. | ) ) | |
| CEPHALON, INC., *et al.*, | ) ) | |
| *Defendants* | ) ) | |

**NOTICE OF FILING UNDER SEAL**

In accordance with Paragraph 12 of the Stipulated Protective Order, Defendants Barr Laboratories, Inc.; Mylan Inc. (formerly known as Mylan Laboratories, Inc.) and Mylan Pharmaceuticals Inc.; Ranbaxy Laboratories, Ltd. and Ranbaxy Pharmaceuticals, Inc.; and Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc. (collectively, the "Generic Defendants"); and Cephalon, Inc. hereby serve notice of the filing under seal of Defendants' Joint Response to End-Payor Plaintiffs' Statement of Undisputed Facts in Support of Their Opposition to Cephalon's and Generic Defendants' Motions for Summary Judgment on Plaintiffs' Claims of an Overall Conspiracy.  Copies of the foregoing are being served today upon counsel for all parties via electronic mail, and a paper copy will be filed with the Court under seal.

December 20, 2013  Respectfully submitted,

 /s/ James C. Burling *(with permission)*
James C. Burling
Peter A. Spaeth
Mark A. Ford
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
(617) 526-5000 (fax)

John A. Guernsey
Nancy J. Gellman
CONRAD O'BRIEN PC
1500 Market Street
Centre Square
Philadelphia, PA  19102
(215) 864-9600
(215) 864-9620 fax

*Counsel for Cephalon, Inc.*

 /s/ Paul B. Hewitt *(with permission)*
Katherine Menapace Katchen (ID #80395)
Matthew R. Varzally (ID #93987)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA  19103
(215) 965-1200

Paul B. Hewitt
C. Fairley Spillman
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, DC  20036
(202) 887-4000

*Counsel for Mylan Inc. (formerly known as Mylan Laboratories, Inc.) and Mylan Pharmaceuticals Inc.*

 /s/ Gregory L. Skidmore
Jay P. Lefkowitz, P.C.
Karen N. Walker, P.C.
John C. O'Quinn
Gregory L. Skidmore
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC  20005
(202) 879-5000

Richard L. Scheff  (ID #35213)
MONTGOMERY, MCCRACKEN, WALKER &
RHOADS, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-7502

*Counsel for Barr Laboratories, Inc.*

 /s/ J. Douglas Baldridge *(with permission)*
J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
VENABLE LLP
575 7th Street, NW
Washington, DC  20004
(202) 344-4000

Anthony S. Volpe  (ID #24733)
John J. O'Malley  (ID #68222)
VOLPE AND KOENIG, P.C.
United Plaza, 30 South 17th Street
Philadelphia, PA 19103-4009
(215) 568-6400

*Counsel for Ranbaxy Laboratories, Ltd. and Ranbaxy Pharmaceuticals, Inc.*

                      */s/ Joseph Wolfson (with permission)*
Joseph Wolfson (ID #44431)
STEVENS & LEE, P.C.
620 Freedom Business Center
Suite 200
King of Prussia, PA  19406
(610) 205-6001

*Counsel for Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.*

3

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on the 20th day of December 2013 he caused to be filed the foregoing NOTICE OF FILING UNDER SEAL using the CM/ECF system, which will send e-mail notification of the filing to all counsel of record.

                                                   */s/ Gregory L. Skidmore*
                                                   Attorney