IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., : CIVIL ACTION
 Plaintiff, : 
 : 
 v. : No. 2:06-cv-2768
 : 
CEPHALON, INC., et al., : 
 Defendants. : | |

# ORDER

**AND NOW,** this 8th day of January, 2014, it is **ORDERED** that the application of Reginald D. Steer (doc. no. 656), to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**