**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 9th day of January, 2014, upon consideration of the submissions of the parties,[1] and in particular the issues addressed in Cephalon's "Consolidated Opposition to Plaintiffs' Motions Seeking Summary Judgment or Preclusion on <u>Walker Process</u> Fraud and Other Antitrust Issues From the Bifurcated Patent Litigation," it is **ORDERED** that oral argument will take place on **Wednesday, January 22, at 10:00 a.m.**, in Courtroom 4B. Counsel shall be prepared to address the effect, if any, that the invalidity rulings set forth in <u>Apotex, Inc. v. Cephalon, Inc.</u>, No. 06-2768, will have on the upcoming antitrust trial.

**BY THE COURT:**

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**

---

[1]
- Direct Purchaser Plaintiffs' Motion for Partial Summary Judgment on the Patent Issues (No. 06-1797, Doc. No. 518).
- End-Payor Plaintiffs' Motion for Partial Summary Judgment, limited to the issue of the collateral estoppel effect of the conclusions in <u>Apotex v. Cephalon</u> (No. 06-1833, Doc. No. 233).
- Apotex's Motion for Partial Summary Judgment, limited to the issue of antitrust liability (No. 06-2768, Doc. No. 601).
- FTC's Motion for Preclusion of the Patent Issues or Partial Summary Judgment (No. 08-2141, Doc. No. 218).