## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of January, 2014, it is **ORDERED** that the oral argument previously scheduled for Wednesday, January 22, at 10:00 a.m., will be **RESCHEDULED** for 3:30 p.m. the same day, in Courtroom 4B.[1]

                                                    **BY THE COURT:**

                                                    /s/ Mitchell S. Goldberg

                                                  **Mitchell S. Goldberg, J.**

---

[1] This schedule was reached in consultation and with the agreement of Magistrate Judge Strawbridge.