# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| VISTA HEALTHPLAN, INC., et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| APOTEX, INC., | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| FEDERAL TRADE COMMISSION, | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : : | |
| Defendant. | : : | |

# ORDER

**AND NOW**, this 27th day of January, 2014, upon the report at oral argument of the parties' agreement, it is **ORDERED** that the three business-day extension for service of responses to supplemental expert reports is **GRANTED**. Responses to supplemental expert reports are due by **January 29, 2014**.

                                      **BY THE COURT:**

                                      /s/ Mitchell S. Goldberg
                                      _____
                                      **Mitchell S. Goldberg, J.**