IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC., | : |
| Plaintiff | : |
| v. | : CIVIL ACTION |
| | : No. 06-cv-2768 |
| CEPHALON, INC., et al. | : |
| Defendants | : |

**ORDER**

AND NOW, this       day of             , 2014, upon consideration of Apotex's Motion For Leave To Designate And Adopt Professor Max H. Bazerman As An Expert Witness, and the response thereto, IT IS ORDERED that the motion is DENIED.

BY THE COURT:

_____
Mitchell S. Goldberg, J.