# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC.,  :  <br> Plaintiff,  :  <br>  :  <br> v.  :  <br>  :  <br> CEPHALON, INC., et al.,  :  <br> Defendants.  :  | CIVIL ACTION <br><br> No. 2:06-cv-2768 |

## ORDER

**AND NOW,** this 12th day of March, 2014, upon consideration of Cephalon's letter regarding a discovery dispute between it and Apotex, and Apotex's correspondence requesting the Court's direction as to how to proceed, it is **ORDERED** that Apotex should email a letter, not to exceed 5 pages, responding to Cephalon's contentions. The letter is due on **March 17, 2014**. Cephalon may email a letter in reply, not to exceed 2 pages, by **March 19, 2014**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**Mitchell S. Goldberg, J.**