IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:06-cv-2768 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW,** this 6th day of May, 2014, upon consideration of Apotex's "Motion for Leave to File Apotex's Reply in Support of its Motion for Reconsideration of the Court's Order of March 13, 2014" (doc. no. 729), it is **ORDERED** that the motion is **GRANTED**. The Clerk should file Exhibit A to Apotex's motion as its reply.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**