# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| VISTA HEALTHPLAN, INC., et al., | : : | CIVIL ACTION |
| Plaintiffs, | : : : | |
| v. | : : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| APOTEX, INC., | : : | CIVIL ACTION |
| Plaintiff, | : : : | |
| v. | : : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| FEDERAL TRADE COMMISSION, | : : | CIVIL ACTION |
| Plaintiff, | : : : | |
| v. | : : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : : | |
| Defendant. | : : | |

## **ORDER**

**AND NOW**, this 7th day of May, 2014, upon consideration of Cephalon's unopposed "Motion for Leave to File Consolidated Briefing in Opposition to Plaintiffs' <u>Daubert</u> Motions" (06-1797, doc. no 636; 06-1833, doc. no. 314; 06-2768, doc. no. 730; 08-2141, doc. no. 287), it is **ORDERED** that the motion is **GRANTED**. Cephalon may file the following three briefs:

1. A brief of no more than 40 pages addressing all motions directed to Cephalon's patent experts, including Dr. Dahling's opinion on the reasonableness and strength of Cephalon's positions in the underlying patent litigation;

2. A brief of no more than 40 pages addressing all motions directed to experts opining on the comtemporaneous business transactions, including Dr. Dahling to the extent he opines on Cephalon's assessment of Teva's intellectual property; and

3. A brief of no more than 25 pages addressing the motions directed to the economic experts offering testimony regarding the application of the rule of reason to the settlements at issue.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**