IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| VISTA HEALTHPLAN, INC., et al., | : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| APOTEX, INC., | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |

**ORDER**

**AND NOW**, this 7th day of May, 2014, upon consideration of Plaintiffs' joint unopposed "Motion for Leave to Consolidate Briefing" (06-2768, doc. no. 731), it is **ORDERED** that the motion is **GRANTED**. Apotex, the End Payor Plaintiffs, and the Direct Purchaser Plaintiffs may each file a consolidated brief, not to exceed 55 pages, responding to the three summary judgment

motions filed against them on April 4, 2014. The individual plaintiffs may file a consolidated brief, not to exceed 40 pages, opposing the April 4, 2014 motions filed by Mylan and Ranbaxy.

It is **FURTHER ORDERED** that Plaintiffs' request to cite to exhibits used in the <u>Apotex v. Cephalon</u> patent trial without attaching physical copies of those exhibits is **GRANTED**. Plaintiffs' shall, however, provide the Court with an electronic copy of any exhibits so cited.

        **BY THE COURT:**

        **/s/ Mitchell S. Goldberg**
        _____
        **Mitchell S. Goldberg, J.**