## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APOTEX, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 2:06-cv-2768 |
| | : | |
| CEPHALON, INC., et al. | : | |

## ORDER

**AND NOW** this 1st day of October, 2014, for the reasons set out in the accompanying Memorandum Opinion, Defendants' Joint Motion to Strike Apotex, Inc's Untimely Expert Report and Interrogatory Responses and to Preclude Apotex's Reliance on Untimely Produced Documents (*see* Docs. 677 and 679), it is **ORDERED** that the motion is **GRANTED**. Apotex may not use or rely on in any manner the Singer Supplemental Report produced on March 18, 2014, Apotex's supplemental interrogatory responses produced on March 19, 2014, or documents numbered AI0100568-74 produced on March 18, 2014.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
United States Magistrate Judge