# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APOTEX, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 2:06-cv-2768 |
| | : | |
| CEPHALON, INC., et al. | : | |

## ORDER

**AND NOW** this <u>1st</u> day of October, 2014, for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendants' Joint Motion to Exclude Testimony of Plaintiff Apotex, Inc.'s Fed. R. Evid. 701 Witness, Gordon Fahner (Doc. 683), filed by Cephalon, Inc., Barr Laboratories, Inc., Mylan, Inc., Mylan Pharmaceuticals, Inc., Ranbaxy Laboratories, Ltd., Ranbaxy Pharmaceuticals, Inc., Teva Pharmaceutical Industries, Limited and Teva Pharmaceuticals USA, Inc. is **GRANTED**.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
United States Magistrate Judge