IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| APOTEX, INC.,<br>          Plaintiff,<br><br>v.<br><br>CEPHALON, INC., et al.,<br>          Defendants. | CIVIL ACTION<br><br>No. 2:06-cv-2768 |

**FILED**

DEC - 5 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 5th day of December, 2014, upon consideration of "Apotex's Motion for Leave to File a Reply in Support of Dkt. No. 822" (Doc. No. 834) and "Apotex's Motion for Leave to File a Reply in Support of Dkt. No. 824" (Doc. No. 833), to which Defendants do not object, it is hereby **ORDERED** that these motions are **GRANTED**. The Clerk of Court is directed to file Apotex's reply briefs, attached as Exhibit 1 to the respective motions, **UNDER SEAL**.

BY THE COURT:

_____
Mitchell S. Goldberg, J.