# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| VISTA HEALTHPLAN, INC., et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| FEDERAL TRADE COMMISSION, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 2:08-cv-2141 |
| CEPHALON, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of January, 2015, upon consideration of "Defendants Cephalon, Barr, and Teva's Motion for Summary Judgment on Plaintiffs' Challenges to the Settlement Agreements" (Dkt. No. 06-1797, Doc. No. 626; Dkt. No. 06-1833, Doc. No. 307; Dkt. No. 06-2768, Doc. No. 710; Dkt. No. 08-2141, Doc. No. 275), "Motion of the Mylan Defendants' for Summary Judgment on All Claims Under <u>FTC v. Actavis</u>" (Dkt. No. 06-1797, Doc. No. 612; Dkt. No. 06-1833, Doc. No. 295; Dkt. No. 06-2768, Doc. No. 690), and "Ranbaxy Defendants' Motion for Summary Judgment" (Dkt. No. 06-1797, Doc. No. 621; Dkt. No. 06-1833, Doc. No. 302; Dkt. No. 06-2768, Doc. No. 702), and following oral argument, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that these motions are **DENIED**.

                        **BY THE COURT:**

                        /s/ Mitchell S. Goldberg
                        _____
                        **Mitchell S. Goldberg, J.**