# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| VISTA HEALTHPLAN, INC., et al., | : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| APOTEX, INC., | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |

## **ORDER**

**AND NOW**, this 11th day of August, 2015, upon consideration of the "Joint Motion to Exclude Damages Opinions of Plaintiffs' Experts Drs. Hartman, Leffler, Leitzinger and Noll" (Dkt. No. 06-1797, Doc. No. 608; Dkt. No. 06-1833, Doc. No. 290; Dkt. No. 06-2768, Doc. No. 687), "Defendants' Motion to Exclude the Testimony of Plaintiffs' Proposed Economic Experts" (Dkt. No. 06-1797, Doc. No. 624; Dkt. No. 06-1833, Doc. No. 305; Dkt. No. 06-2768, Doc. No. 705) and "Defendants' Joint Motion to Exclude Damages Testimony of Plaintiff Apotex, Inc.'s

Expert Dr. Hal Singer" (Dkt. No. 06-2768, Doc. No. 681), it is hereby **ORDERED** that oral argument on these motions will be held on **Tuesday, September 15, 2015**, at **2:00 p.m.** in Courtroom 4B. Should more time be required, oral argument will continue the following day, Wednesday, September 16, 2015, commencing at 9:30 a.m.

      **BY THE COURT:**

      /s/ Mitchell S. Goldberg
      _____
      **Mitchell S. Goldberg, J.**