IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING DRUG COMPANY OF FLORENCE, INC., et al., | : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1797 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| VISTA HEALTHPLAN, INC., et al., | : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | No. 2:06-cv-1833 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |
| APOTEX, INC., | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | No. 2:06-cv-2768 |
| CEPHALON, INC., et al., | : : | |
| Defendants. | : : | |

## **ORDER**

**AND NOW**, this 17th day of December, 2015, upon consideration of "Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Ranbaxy Laboratories, Ltd. and Ranbaxy Pharmaceuticals, Inc.'s Motion to Stay Proceedings Pending Decision on Their Rule 23(f) Appeal" (Dkt. No. 06-1797, Doc. No. 871; Dkt. No. 06-1833, Doc. No. 470; Dkt. No. 06-2768, Doc. No. 923), the responses and reply thereto, and following oral argument and an on-the-record telephone conference, it is hereby **ORDERED** that the motion is **DENIED** with respect

1

to the Direct Purchasers (including the Individual Plaintiffs[1]) and Apotex. The liability trial scheduled for February 2, 2016 will proceed with respect to those parties.

It is further **ORDERED** that, in light of the agreement between the parties, the motion is **GRANTED** with respect to the End Payors only and the Clerk of Court **SHALL** mark <u>Vista Healthplan, Inc., et al. v. Cephalon, Inc., et al.</u> (No. 2:06-cv-1833) closed for statistical purposes and place that matter in the Civil Suspense File.

.

                              **BY THE COURT:**

                              /s/ Mitchell S. Goldberg, J.
                              _____
                              **Mitchell S. Goldberg, J.**

---

[1] The Individual Plaintiffs are owners and operators of retail pharmacies who have filed their own separate actions, and are excluded from the definition of the Direct Purchaser Litigation Class.