**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| APOTEX, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:06-cv-2768 |
| | : | |
| CEPHALON, INC., et al., | : | |
| Defendants. | : | |
| | : | |

## ORDER

**AND NOW,** this 18ᵗʰ day of May, 2017, upon consideration of "Defendants' Joint Motion to Exclude Damages Testimony of Plaintiff Apotex, Inc.'s Expert Dr. Hal Singer" (Doc. No. 681), the response and reply thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion is **GRANTED in part and DENIED in part**. The motion is granted such that Dr. Singer's damages calculations 2 and 3 are excluded. The motion is denied in all other respects.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**