**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| APOTEX, INC., <br>    Plaintiff, <br><br> v. <br><br> CEPHALON, INC., et al., <br>    Defendants. | CIVIL ACTION <br><br> No. 2:06-cv-2768 |
| GIANT EAGLE, INC., <br>    Plaintiff, <br><br> v. <br><br> CEPHALON, INC., et al., <br>    Defendants. | CIVIL ACTION <br><br> No. 2:10-cv-5164 |
| WALGREEN CO., et al., <br>    Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., et al., <br>    Defendants. | CIVIL ACTION <br><br> No. 2:09-cv-3956 |
| RITE AID CORPORATION, et al., <br>    Plaintiffs, <br><br> v. <br><br> CEPHALON, INC., et al., <br>    Defendants. | CIVIL ACTION <br><br> No. 2:09-cv-3820 |

# ORDER

**AND NOW**, this 31st day of May, 2017, upon consideration of the "Plaintiffs' Motions in Limine Nos. 1-10" (Dkt. No. 06-2768, Doc. No. 963), it is hereby **ORDERED** that the motions are **DENIED** in part and **GRANTED** in part as follows:

- Motion in Limine Number 1 is **DENIED**;
- Motion in Limine Number 2 is **GRANTED**;
- Motion in Limine Number 3 is **GRANTED**;
- Motion in Limine Number 4 is **DENIED** without prejudice;
- Motion in Limine Number 5 is **GRANTED**;
- Motion in Limine Number 6 is **DENIED;**
- Motion in Limine Number 7 is **DENIED** without prejudice;
- Motion in Limine Number 8 is **DENIED** without prejudice;
- Motion in Limine Number 9 is **DENIED** without prejudice; and
- Motion in Limine Number 10 is **DENIED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**